IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE 1, by and through his parent and next friend PARENT OF JOHN DOE 1; JOHN DOE 2, by and through his parent and next friend PARENT OF JOHN DOE 2; and JANE DOE 1, by and through her parent and next friend PARENT OF JANE DOE 1; on their own behalf and on behalf of all those similarly situated, and <br><br>DISABILITY RIGHTS TENNESSEE, in its organizational and representative capacity, on behalf of and in conjunction with Plaintiffs John Doe 1, John Doe 2, and Jane Doe 1, <br><br>    Plaintiffs, <br><br>v. <br><br>The STATE OF TENNESSEE, The TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES; MARGIE QUIN, in her official capacity as Commissioner of the Tennessee Department of Children's Services; and <br><br>LIZZETTE GONZALEZ REYNOLDS, in her official capacity as Commissioner of the Tennessee Department of Education, <br><br>    Defendants. | No. 3:24-cv-00777 <br><br>Chief Judge Waverly D. Crenshaw, Jr. <br><br>Magistrate Judge Barbara D. Holmes |

**COMMISSIONER REYNOLDS'S UNOPPOSED MOTION
TO EXTEND THE DEADLINE TO MEET IN PERSON AND OTHERWISE COMPLY
WITH THE DEADLINES IN THE COURT'S OCTOBER 11 ORDER**

Defendant Lizette Reynolds, Commissioner of the Tennessee Department of Education, respectfully requests a one-week extension of the deadlines in the Court's October 11 Order. Fed. R. Civ. P. 6(b); Local Rule 6.01. This extension is necessary due to the time constraints on lead counsel for Defendant Reynolds. Counsel for Plaintiffs and DCS Defendants do not oppose this extension.

The Court has ordered the parties to meet in person by no later October 17, 2024, and to file one or several documents by no later than October 18, 2024. (Dkt. 36 at 12.) However, lead counsel for Defendant Reynolds lives in Knoxville and will have to commute to Nashville to attend this conference. In addition, she has several imminent filing deadlines in other cases and a preliminary-injunction hearing in Memphis for which she must prepare. Thus, Defendant Reynolds seeks a one-week extension, which would require the parties to meet no later than October 24 and file the appropriate documents by no later than October 25. Counsel for Plaintiffs and DCS Defendants have confirmed that they are available to meet in person on October 24.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*s/* Miranda Jones
MIRANDA JONES (#36070)
Senior Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 521-0417
Fax (615) 532-3926
Miranda.Jones@ag.tn.gov
*Counsel for Defendant Reynolds*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's ECF/PACER system on this the 14 day of October 2024, upon:

**SANFORD HEISLER SHARP, LLP**

Jonathan Tepe (TN BPR 037266)
Kevin Sharp (TN BPR 016287)
Kasi Wautlet (TN BPR 038688)
611 Commerce Street, Suite 3100
Nashville, TN 37203
jtepe@sanfordheisler.com
ksharp@sanfordheisler.com
kwautlet@sanfordheisler.com

David Tracey*
17 State Street, 37th Floor
New York, NY 10004
dtracey@sanfordheisler.com

Shannon Henris*
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
shenris@sanfordheisler.com

**DISABILITY RIGHTS TENNESSEE**

Jack Derryberry, Jr. (TN BPR 003870)
2 International Plaza, Suite 825
Nashville, TN 37217
jackd@disabilityrightstn.org

Jeremiah Jones (TN BPR 040551)
9050 Executive Park Drive, Suite B-101
Knoxville, TN 37923
jeremiahj@disabilityrightstn.org

**YOUTH LAW CENTER**

Jasmine Miller (TN BPR 039598)
Emily Satifka*
832 Folsom Street, Suite 700
San Francisco, CA 94107
jmiller@ylc.org
esatifka@ylc.org

*Counsel for Plaintiffs*

*\*Pro Hac Vice forthcoming*

                                                s/ *Miranda Jones*
                                                MIRANDA JONES
                                                Senior Assistant Attorney General