IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE 1, by and through his parent and next friend PARENT OF JOHN DOE 1; JOHN DOE 2, by and through his parent and next friend PARENT OF JOHN DOE 2; and JANE DOE 1, by and through her parent and next friend PARENT OF JANE DOE 1; on their own behalf and on behalf of all those similarly situated, and <br><br> DISABILITY RIGHTS TENNESSEE, in its organizational and representative capacity, on behalf of and in conjunction with Plaintiffs John Doe 1, John Doe 2, and Jane Doe 1, <br><br>     Plaintiffs, <br><br> v. <br><br> The STATE OF TENNESSEE, The TENNESSEE DEPARTMENT OF CHILDREN'S SERVICES; MARGIE QUIN, in her official capacity as Commissioner of the Tennessee Department of Children's Services; and <br><br> LIZZETTE GONZALEZ REYNOLDS, in her official capacity as Commissioner of the Tennessee Department of Education, <br><br>     Defendants. | No. 3:24-cv-00777 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br><br> Magistrate Judge Barbara D. Holmes |

## MOTION TO DISMISS OF DEFENDANT LIZZETTE REYNOLDS

Defendant Lizette Reynolds, Commissioner of the Tennessee Department of Education, moves to dismiss the sole claim against her and to dismiss her as a party, due to lack of subject-matter

jurisdiction and failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(1), (6). Plaintiffs sue Commissioner Reynolds in her official capacity, claiming a violation of procedural due process. As set out in the accompanying memorandum of law, which is incorporated herein by reference, this Court lacks subject-matter jurisdiction because Plaintiffs lack standing to sue Commissioner Reynolds and because Commissioner Reynolds is entitled to sovereign immunity. Furthermore, Plaintiffs fail to state a claim against Commissioner Reynolds for violation of procedural due process.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*s/* Miranda Jones
MIRANDA JONES (#36070)
Senior Assistant Attorney General
DAVID WICKENHEISER (# 40427)
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 521-0417
Fax (615) 532-3926
Miranda.Jones@ag.tn.gov
*Counsel for Defendant Reynolds*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served by operation of the Court's ECF/PACER system on this the 17th day of October 2024, upon:

**SANFORD HEISLER SHARP, LLP**

Jonathan Tepe (TN BPR 037266)
Kevin Sharp (TN BPR 016287)
Kasi Wautlet (TN BPR 038688)
611 Commerce Street, Suite 3100
Nashville, TN 37203
jtepe@sanfordheisler.com
ksharp@sanfordheisler.com
kwautlet@sanfordheisler.com

David Tracey*
17 State Street, 37th Floor
New York, NY 10004
dtracey@sanfordheisler.com

Shannon Henris*
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
shenris@sanfordheisler.com

**DISABILITY RIGHTS TENNESSEE**

Jack Derryberry, Jr. (TN BPR 003870)
2 International Plaza, Suite 825
Nashville, TN 37217
jackd@disabilityrightstn.org

Jeremiah Jones (TN BPR 040551)
9050 Executive Park Drive, Suite B-101
Knoxville, TN 37923
jeremiahj@disabilityrightstn.org

**YOUTH LAW CENTER**

Jasmine Miller (TN BPR 039598)
Emily Satifka*
832 Folsom Street, Suite 700
San Francisco, CA 94107
jmiller@ylc.org
esatifka@ylc.org

3

Case 3:24-cv-00777    Document 39    Filed 10/17/24    Page 3 of 4 PageID #: 316

*Counsel for Plaintiffs*

*Admitted *Pro Hac Vice*

                                                      s/ *Miranda Jones*
                                                      MIRANDA JONES
                                                      Senior Assistant Attorney General