IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE 1 *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:24-cv-00777 |
| ) | District Judge Crenshaw |
| STATE OF TENNESSEE, *et al.*, ) | Magistrate Judge Holmes |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S DISMISSAL OF JOHN DOE 1

On September 30, 2025, the Court issued a Memorandum Opinion that granted in part and denied in part the motion to dismiss filed by Defendants the State of Tennessee, Tennessee Department of Children's Services ("DCS") and DCS Commissioner Margie Quin (collectively, "DCS Defendants"). (Doc. No. 95.) Plaintiffs Disability Rights Tennessee ("DRT"), John Doe 1, John Doe 2, John Doe 3, and Jane Doe 1 respectfully file this Motion for Reconsideration under Federal Rule of Civil Procedure 54(b) and ask the Court to reconsider and reverse the portion of its Memorandum Opinion dismissing John Doe 1's claims.

As set forth more fully in the Memorandum of Law filed contemporaneously with this Motion, the Court's dismissal of John Doe 1's claims was a clear error because it overlooked controlling authority requiring that "the initial complaint provides the date by which [the Court] must measure [a plaintiff's] standing." *Patton v. Fitzhugh*, 131 F.4th 383, 392 (6th Cir. 2025). Changes that occur after the initial complaint is filed are assessed under the "'more forgiving rules'" of mootness. *Id.* (citing *Fox v. Saginaw Cnty.*, 67 F.4th 284, 295 (6th Cir. 2023)). Because John Doe 1's claims fall within the "inherently transitory" exception to mootness, dismissing his

claims would create a manifest injustice that undermines the important policy considerations behind the exceptions to mootness.

Accordingly, Plaintiffs ask the Court to reconsider its September 30, 2025 decision to dismiss John Doe 1's claims and to reinstate John Doe 1 as a party to this case.

Dated: October 8, 2025

Respectfully Submitted,

/s/ Jonathan Tepe
Jonathan Tepe (TN BPR #037266)
Kasi Wautlet (TN BPR #038688)
David McNamee (TN BPR #038124)
**SANFORD HEISLER SHARP McKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
jtepe@sanfordheisler.com
kwautlet@sanfordheisler.com
dmcnamee@sanfordheisler.com

David Tracey*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 512-8609
dtracey@sanfordheisler.com

Shannon Henris*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Phone: (202) 221-4003
shenris@sanfordheisler.com

Jack Derryberry, Jr. (TN BPR #003870)
**DISABILITY RIGHTS TENNESSEE**
2 International Plaza, Suite 825
Nashville, TN 37217
Phone: (615) 298-1080

jackd@disabilityrightstn.org

Bruce H. Little (TN BPR #037289)
Jeremiah Jones (TN BPR #040551)
9050 Executive Park Drive, Suite B-101
**DISABILITY RIGHTS TENNESSEE**
Knoxville, TN 37923
Phone: (865) 670-2944
brucel@disabilityrightstn.org
jeremiahj@disabilityrightstn.org

Jasmine Miller (TN BPR #039598)
Stuart Seaborn*
Emily Satifka*
**YOUTH LAW CENTER**
832 Folsom Street, Suite 700
San Francisco, CA 94107
Phone: (415) 413-0174
jmiller@ylc.org
sseaborn@ylc.org
esatifka@ylc.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2025, a true and exact copy of the foregoing has been forwarded via the District Court's electronic filing system to:

Jay C. Ballard, BPR #17242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

Jonathan P. Lakey, BPR #016788
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com

*Counsel for State of Tennessee, Tennessee Department of Children's Services, and Margie Quin*

Mary McCullohs, BPR #026467
Meghan Murphy, BPR #34061
David Lester Wickenheiser, BPR #40427
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
mary.mccullohs@ag.tn.gov
meghan.murphy@ag.tn.gov
david.wickenheiser@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

*/s/ Jonathan Tepe*
Jonathan Tepe