IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE 1 et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>STATE OF TENNESSEE et al., )<br><br>Defendants. ) | Case No. 3:24-cv-00777<br>District Judge Crenshaw<br>Magistrate Judge Holmes |

## JOINT MOTION FOR ENTRY OF AGREED
## EDUCATION RECORDS PROTECTIVE ORDER

Plaintiffs John Doe 2, Jane Doe 1, and John Doe 3 (collectively, "Doe Plaintiffs"), individually and on behalf of a proposed class, and Disability Rights Tennessee ("DRT"), via its associational standing and on behalf of a proposed class (collectively, "Plaintiffs"), and Defendants the State of Tennessee, the Tennessee Department of Children's Services ("DCS"), DCS Commissioner Margie Quin, and Tennessee Department of Education Commissioner Lizzette Gonzalez Reynolds (collectively, "Defendants") respectively submit this Joint Motion for Entry of an Agreed Education Records Protective Order to protect certain confidential information contained exclusively in educational records. While the Court has entered a Discovery Protective Order (DE 71) governing the general production or exchange of all hard copy and electronic materials, documents, and other items, the Parties request the Court enter the proposed Agreed Education Records Protective Order, attached as Exhibit 1, to comply with requirements of The Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g (FERPA), and 34 C.F.R. § 99.3, as amended by 20 U.S.C. § 1232 *et seq.*, the Uninterrupted Scholars Act (USA).

**Defendants' Educational Records.**

It is Defendants' position that certain information and discovery requested by Plaintiffs includes personally identifiable information contained in education records, the disclosure of which is protected by FERPA. This education record information may be released pursuant to judicial order, provided the student and his/her parents are notified in advance of the disclosure and are provided the opportunity to seek protective action. 20 U.S.C. § 1232g(b)(2) and 34 C.F.R. 99.31(a)(9)(ii).

**Education Protective Order.**

The Defendants wish to produce educational information relevant in the case without violating the provisions of FERPA or its companion rules and to comply with the statute's notice requirements. The Parties agree that a protective order governing such exchange and/or production of educational records is appropriate and necessary. Therefore, the Parties jointly move for entry of the attached proposed Agreed Education Records Protective Order and respectfully request that the Court enter the submitted order.

Dated: October 9, 2025

Respectfully submitted,

| | |
|---|---|
| */s/ Jonathan P. Lakey* | */s/ Jonathan Tepe* |
| Jonathan P. Lakey, BPR #016788 | Jonathan Tepe (TN BPR #037266) |
| Sarah E. Stuart, BPR #035329 | Kasi Wautlet (TN BPR #038688) |
| **Burch Porter & Johnson, PLLC** | David McNamee (TN BPR #038124) |
| 130 North Court Avenue | **SANFORD HEISLER SHARP McKNIGHT, LLP** |
| Memphis, TN 38103 | 611 Commerce Street, Suite 3100 |
| jlakey@bpjlaw.com | Nashville, TN 37203 |
| sstuart@bpjlaw.com | Phone: (615) 434-7000 |
| | jtepe@sanfordheisler.com |
| Jay C. Ballard, BPR #17242 | kwautlet@sanfordheisler.com |
| Senior Deputy Attorney General | dmcnamee@sanfordheisler.com |
| **Office of the Tennessee Attorney General** | |
| P.O. Box 20207 | David Tracey* |
| Nashville, TN 37202 | **SANFORD HEISLER SHARP McKNIGHT, LLP** |
| Jay.Ballard@ag.tn.gov | |

*Counsel for State of Tennessee, Tennessee Department of Children's Services, and Margie Quin*

*/s/ Mary McCullohs*
Mary McCullohs, BPR #026467
Meghan Murphy, BPR #34061
David Lester Wickenheiser, BPR #40427
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
mary.mccullohs@ag.tn.gov
meghan.murphy@ag.tn.gov
david.wickenheiser@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 512-8609
dtracey@sanfordheisler.com

Shannon Henris*
**SANFORD HEISLER SHARP McKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Phone: (202) 221-4003
shenris@sanfordheisler.com

Jack Derryberry, Jr. (TN BPR #003870)
**DISABILITY RIGHTS TENNESSEE**
2 International Plaza, Suite 825
Nashville, TN 37217
Phone: (615) 298-1080
jackd@disabilityrightstn.org

Bruce H. Little (TN BPR #037289)
Jeremiah Jones (TN BPR #040551)
9050 Executive Park Drive, Suite B-101
**DISABILITY RIGHTS TENNESSEE**
Knoxville, TN 37923
Phone: (865) 670-2944
brucel@disabilityrightstn.org
jeremiahj@disabilityrightstn.org

Jasmine Miller (TN BPR #039598)
Stuart Seaborn*
Emily Satifka*
**YOUTH LAW CENTER**
832 Folsom Street, Suite 700
San Francisco, CA 94107
Phone: (415) 413-0174
jmiller@ylc.org
sseaborn@ylc.org
esatifka@ylc.org

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2025, a true and exact copy of the foregoing has been forwarded via the District Court's electronic filing system to:

Jay C. Ballard, BPR #17242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

Jonathan P. Lakey, BPR #016788
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com

*Counsel for State of Tennessee, Tennessee Department of Children's Services, and Margie Quin*

Mary McCullohs, BPR #026467
Meghan Murphy, BPR #34061
David Lester Wickenheiser, BPR #40427
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
mary.mccullohs@ag.tn.gov
meghan.murphy@ag.tn.gov
david.wickenheiser@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

/s/ Jonathan Tepe
Jonathan Tepe