IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN DOE 1 *et al.* ) | |
| ) | Case No. 3:24-cv-00777 |
| v. ) | Judge Crenshaw |
| ) | Magistrate Judge Holmes |
| STATE OF TENNESSEE *et al.* ) | |

**O R D E R**

Pending before the Court is the parties' Joint Motion to Modify the Case Management Order and for a Status Conference with the Magistrate Judge (Docket No. 139), about which part of the requested relief is **GRANTED** and the additional relief is **TAKEN UNDER ADVISEMENT** pending the status/case management conference set below.[1]

A status/case management conference will be held telephonically on **February 26, 2026, at 11:00 a.m. (CST)** using the Court's conference line at 1-855-244-8681, access code 2300 984 3452# to address, among other things, the modifications to the case management schedule and plan requested in the parties' Joint Motion. Prior to the next status/case management conference, counsel for the parties must prepare a joint case status report[2], which shall include, at a minimum, the following information, and which must be filed by no later than **two (2) business days** before the status/case management conference: (1) what fact and expert discovery has taken place (including supplemental discovery responses), both written discovery and depositions, since commencement of the case; (2) what fact or expert discovery is pending, including both outstanding written discovery and the specific depositions scheduled for the next 60 days; (3) what

---

[1] The Clerk is therefore **DIRECTED** to reinstate the Joint Motion (Docket No. 139) following entry of this Order.

[2] The parties' counsel are equally responsible for initiating discussion and preparation of the joint status report.

fact or expert discovery is not yet pending but is anticipated or needed; (4) any known or anticipated discovery disputes; (5) general description of the number and kind of experts each party anticipates using in this case; (6) status of the parties' efforts at case resolution, including, **specifically**, the parties' intentions regarding continuation and status of mediation ; and, (7) any other matters that (i) require or may require the Court's attention or (ii) are or may be material to the preparation of this case. The parties are encouraged to provide more information rather than less about each described topic.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge