| | | |
|---|---|---|
| JOHN DOE 1, ET AL., | ) | |
| | ) | Docket No. 3:24-cv-00777 |
| Plaintiffs, | ) | |
| | ) | District Judge Crenshaw |
| v. | ) | Magistrate Judge Holmes |
| | ) | |
| STATE OF TENNESSEE, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## TENNESSEE DEPARTMENT OF EDUCATION COMMISSIONER LIZZETTE GONZALEZ REYNOLDS' UNOPPOSED MOTION FOR ENTRY OF TAR PROTOCOL

Defendant Tennessee Department of Education Commissioner Lizzette Gonzalez Reynolds ("Commissioner Reynolds") respectfully moves the Court to enter the Stipulation Regarding Use of Technology Assisted Review ("TAR Protocol"), attached as Exhibit A hereto.

Commissioner Reynolds has conferred with counsel for Plaintiffs and counsel for the DCS Defendants, who do not oppose this motion and have indicated that they stipulate and agree to Commissioner Reynolds' TAR Protocol for entry by this Court.

Dated: June 5, 2026.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

*/s/ Dawn Jordan*
DAWN JORDAN, BPR # 020383
Special Counsel
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-6440
Dawn.Jordan@ag.tn.gov
*Counsel for Defendant*

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on June 5, 2026, a true and correct copy of the above Unopposed Motion was served via CM/ECF upon the following:

Jonathan Tepe (TN BPR #037266)
Kasi Wautlet (TN BPR #038688)
David McNamee (TN BPR #038124)
**Sanford Heisler Sharp McKnight, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
jtepe@sanfordheisler.com
kwautlet@sanfordheisler.com
dmcnamee@sanfordheisler.com

David Tracey
**Sanford Heisler Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 512-8609
dtracey@sanfordheisler.com

Shannon Henris
**Sanford Heisler Sharp McKnight, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Phone: (202) 221-4003
shenris@sanfordheisler.com

Jack Derryberry, Jr. (TN BPR #003870)
**Disability Rights Tennessee**
2 International Plaza, Suite 825
Nashville, TN 37217
Phone: (615) 298-1080
jackd@disabilityrightstn.org

Bruce H. Little (TN BPR #037289)
Jeremiah Jones (TN BPR #040551)
9050 Executive Park Drive, Suite B-101
**Disability Rights Tennessee**
Knoxville, TN 37923
Phone: (865) 670-2944
brucel@disabilityrightstn.org
jeremiahj@disabilityrightstn.org

Jonathan P. Lakey, BPR #016788
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com

Jay C. Ballard, BPR #17242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

*Counsel for State of Tennessee, Tennessee Department of Children's Services, and Margie Quin*

Jasmine Miller (TN BPR #039598)
Stuart Seaborn
Emily Satifka
**Youth Law Center**
832 Folsom Street, Suite 700
San Francisco, CA 94107
Phone: (415) 413-0174
jmiller@ylc.org
sseaborn@ylc.org
esatifka@ylc.org

*Attorneys for Plaintiffs*


                              /s/ *Dawn Jordan*

3