**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

| | | |
|---|---|---|
| JOHN DOE 1 et al., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 3:24-cv-00777 |
| | ) | District Judge Crenshaw |
| STATE OF TENNESSEE, et al., | ) | Magistrate Judge Holmes |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT REPORT OF MEDIATION

Plaintiffs John Doe 1, John Doe 2, Jane Doe 1, and John Doe 3 (collectively, "Doe Plaintiffs"), individually and on behalf of a proposed class, and Disability Rights Tennessee ("DRT") via its associational standing and on behalf of a proposed class (collectively, "Plaintiffs"), and Defendants the State of Tennessee, the Tennessee Department of Children's Services ("DCS"), DCS Commissioner Margie Quin (collectively "DCS Defendants"), and Defendant Tennessee Department of Education Commissioner Lizzette Gonzalez Reynolds (collectively, "the Parties") respectfully submit this Joint Report of Mediation.

Counsel for Plaintiffs and DCS attended an in-person mediation with Carlos A. González of the González Firm, LLC, on June 23, 2026, which TDOE did not attend at the suggestion of the mediator. TDOE and Plaintiffs conducted a separate telephonic session on June 25, 2026. The Parties did not reach a resolution and are continuing to engage in settlement discussions through Mr. González in parallel with continuing discovery.

As agreed by DCS and Plaintiffs at the conclusion of the June 23 session, the Parties intend to set aside larger blocks of time to focus on settlement discussions following the close of

discovery, and to spend more focused sessions on potentially reaching resolution on individual subjects.

The Parties tentatively plan to hold their third in-person mediation session the week of November 16, 2026 and intend to have continued discussions and exchanges of information or proposals prior to the in-person session.

Dated: June 30, 2026

Respectfully submitted,

*/s/* Jonathan P. Lakey
Jonathan P. Lakey, BPR #016788
Reagan T. Fondren, BPR #024743
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
rfondren@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com

Jay C. Ballard, BPR #017242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

*Counsel for State of Tennessee, Tennessee Department of Children's Services, and Margie Quin*

*/s/* Dawn Jordan
Dawn Jordan, BPR #020383
Donna L. Green, BPR #019513
Meghan Murphy, BPR #034061
Hannah Scruggs, BPR #042469
Elizabeth Kirkpatrick

*/s/* Kasi Wautlet
Kasi Wautlet (TN BPR #038688)
Jonathan Tepe (TN BPR #037266)
David McNamee (TN BPR #038124)
**Sanford Heisler Sharp McKnight, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
kwautlet@sanfordheisler.com
jtepe@sanfordheisler.com
dmcnamee@sanfordheisler.com

David Tracey*
**Sanford Heisler Sharp McKnight, LLP**
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 512-8609
dtracey@sanfordheisler.com

Shannon Henris*
**Sanford Heisler Sharp McKnight, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Phone: (202) 221-4003
shenris@sanfordheisler.com

Jack Derryberry, Jr. (TN BPR #003870)
**Disability Rights Tennessee**
2 International Plaza, Suite 825
Nashville, TN 37217
Phone: (615) 298-1080

**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
dawn.jordan@ag.tn.gov
donna.green@ag.tn.gov
meghan.murphy@ag.tn.gov
hannah.scruggs@ag.tn.gov
elizabeth.kirkpatrick@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

jackd@disabilityrightstn.org

Bruce H. Little (TN BPR #037289)
9050 Executive Park Drive, Suite B-101
**Disability Rights Tennessee**
Knoxville, TN 37923
Phone: (865) 670-2944
brucel@disabilityrightstn.org

Jasmine Miller (TN BPR #039598)
Stuart Seaborn*
Diane Smith Howard*
Christopher Middleton*
**Youth Law Center**
832 Folsom Street, Suite 700
San Francisco, CA 94107
Phone: (415) 413-0174
jmiller@ylc.org
sseaborn@ylc.org
dsmith@ylc.org
cmiddleton@ylc.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of June, 2026, a true and exact copy of the foregoing has been forwarded via the District Court's electronic filing system to:

**Sanford Heisler Sharp, LLP**

Jonathan Tepe
Kasi Wautlet
David McNamee
611 Commerce Street, Suite 3100
Nashville, TN 37203
jtepe@sanfordheisler.com
kwautlet@sanfordheisler.com
dmcnamee@sanfordheisler.com

David Tracey*
17 State Street, 37th Floor
New York, NY 10004
dtracey@sanfordheisler.com

Shannon Henris*
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
shenris@sanfordheisler.com
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

**Disability Rights Tennessee**

Jack Derryberry, Jr.
2 International Plaza, Suite 825
Nashville, TN 37217
jackd@disabilityrightstn.org

Bruce H. Little
9050 Executive Park Drive, Suite B-101
Knoxville, TN 37923
brucel@disabilityrightstn.org

**Youth Law Center**

Jasmine Miller
Stuart Seaborn*
Diane Smith Howard*
Christopher Middleton*
832 Folsom Street, Suite 700
San Francisco, CA 94107
jmiller@ylc.org
sseaborn@ylc.org
dsmith@ylc.org
cmiddleton@ylc.org
*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

**Tennessee Attorney General's Office**

Donna L. Green
Meghan Murphy
Elizabeth R. Kirkpatrick
Dawn Jordan
Hannah F. Scruggs
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-1907
donna.green@ag.tn.gov
meghan.murphy@ag.tn.gov
elizabeth.kirkpatrick@ag.tn.gov
dawn.jordan@ag.tn.gov
hannah.scruggs@ag.tn.gov
*Attorneys for Lizzette Gonzalez Reynolds*

/s/ Jonathan P. Lakey
Jonathan P. Lakey