# EXHIBIT 49

**From:** "Martina E. Stump" <Martina.E.Stump@tn.gov>
**To:** Erin Christian <Erin.Christian@tn.gov>, Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Cc:** Timothy Cooper <Timothy.Cooper@tn.gov>
**Subject:** Results Based Monitoring
**Date:** Wed, 10 Apr 2024 20:09:39 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good afternoon. I have reviewed our monitoring results and I am needing support with the corrections that are needed. The following is the action required:
"1) Develop written procedures for discipline of students with disabilities that aligns with 34 CFR §§ 300.530 - 300.536. Authority of school personnel concerning the suspension and expulsion of students with disabilities. The procedures must also include requirements for FBA and BIPs".

How do you write discipline procedures for a school like Barbara Ward Cooper Education Center? They do not suspend or expel students and all students have behavior concerns but they are addressed with the point system at the facility. I do not understand how to write FBA and BIP procedures for a school like that.

I would appreciate any suggestions.

Thank you,

Martina

TN Department of Children's Services

Martina E. Stump |Director of Education
Department of Children's Services
315 Deaderick Street
UBS Tower, 10th floor
Nashville, TN 37243
615-917-0023
Martina.E.Stump@tn.gov