# EXHIBIT 50

## MIDDLE TENNESSEE JUVENILE DETENTION CENTER

# RESIDENT HANDBOOK

Juvenile Detention Center

Revised 1/13/2022

**ALL RESIDENTS UPON ENTRY TO MTJDC WILL:**

1. Receive a copy of the "Resident Handbook" explaining all options available to residents.
2. Receive a list of offenses that would result in restriction time to the resident.
3. Receive a list of privilege levels that each resident can earn based on behavior. It is based on the resident's attitude, behavior, cooperation and environment.
4. Receive a copy of the MTJDC grievance procedure available to each resident during their stay at MTJDC
5. Receive information on "Your Rights to be Free from Sexual Violence" (located at back of handbook)
6. Receive a list of phone numbers and addresses that can be used to report Sexual Abuse and Harassment (located on page 12 of handbook).

**MTJDC RULES OF CONDUCT**

1. All general rules apply including the Rules of Detention.
2. When returning to Pod from class, recreation, etc. you are to go directly to your door.
3. Do not touch the Pod remotes! (You are to ask a YSO to change the T.V.).
4. No standing on stools/seats or sitting on tables in the Pod or rooms.
5. Do not bring snacks into the rec area or you will be placed on restriction without a warning.
6. No beating on the doors or tables.
7. No looking through the Control Room windows.
8. In the event of a fight all residents that are not involved are to go immediately to their doors.
9. Recreation can be stopped at any time for any reason or cancelled for any reason without explanation.
10. Visitation while on Restriction is at the Director's discretion
11. No cursing, name-calling, sexual comments, or any other disrespectful comments.
12. Rooms must remain neat, clean, and free of food and contraband.
13. Respect property belonging to the facility. Not doing so will result in charges of vandalism or destruction of property. and reckless endangerment. Destruction property will result in loss of some privileges.
14. Dress properly.
15. Follow staff instructions promptly and without question
16. NO FIGHTING! Fighting may result in assault charges.
17. No gang-related talk or actions.
18. No horseplay including running around the pod, slapping each other, or putting hands on another resident or staff.

NOT FOLLOWING ONE OR MORE OF THESE RULES WILL RESULT IN GOING ON RESTRICTION!!!

Any kind of restriction over 24 hours will result in losing your level.

Revised 1/13/2022

## WHILE HERE AT MTJDC YOU ARE EXPECTED TO:

Fulfill your responsibilities:

1. Read and follow the Resident Handbook;
2. Be neat and well-dressed at all times;
3. Follow all rules, procedures, and staff instructions at all times;
4. Keep your area clean;
5. Maintain good personal hygiene; and
6. Report any violation of your rights to staff (fill out a grievance form located in the pod area).

Maintain good hygiene: Good personal hygiene is important to you and the people that are around you. When you are neat and clean you feel better and you are more pleasant to be around.

1. Wash your hair.
2. Comb/Brush your hair.
3. Brush your teeth.
4. Use deodorant.

## MEALS

You will receive three meals per day. We will not force you to eat. If you do not want an item just leave it on your tray. DO NOT:

1. Trade or give away food.
2. Try to get other residents to give you their food.
3. Keep food in your room.
4. Make bets for food or snacks.

## PERSONAL PROPERTY

The following items are allowed in your room:

- Mattress
- 1 sheet ***(pending Suicidal screening)***
- 2 blankets
- 1 roll of tissue
- 1 cup soap/1 cup lotion
- 1 cup for water

All other items found will be considered contraband and will be removed. This includes sugar packets, jelly, syrup, tooth paste and tooth brush and hair comb/brush. Staff may check your room and person anytime for contraband without prior notice. If any contraband is found, it will result in disciplinary consequences.

Revised 1/13/2022

## VISITATION

Visiting hours are M-F 3:30pm and Sat-Sun 9am-7pm by appointment only. Immediate family members and guardians are the only authorized visitors. Visitations will take place in the normal visitation room (no physical contact). Professional visits such as lawyers, case managers, etc. will take place during normal business hours. You do not have to see any visitor if you do not want to. It is your choice.

## PHONE CALLS

Personal phone call can be made on the pod phones. There will also be free phone calls Mondays during evening recreation time and Thursdays during recreation time. If you are on any type of restriction, you will be allowed only one free phone call for the week of your restriction. Phone calls can be terminated at Director's discretion, if a behavior occurs or any type of destruction of property. YSO's cannot deny you your call but, we can postpone them to a later time if needed. These phone calls may be used to call parents/guardians or Victim Advocacy Services. Montgomery County residents are not allowed to make phone calls, per court order

Lawyers may be contacted by first shift Supervisor by request of resident. Residents may call the Child Abuse Hotline at 110-877-237-0004 to report abuse at any time by using the **pod phones.** Calls to the Child Abuse Hotline are free (not collect).

## MAILING PROCEDURES

You are permitted to write letters on First Shift only after school work is complete and as time permits. When school is not in session, resident will be allowed to write letters during the day while in their rooms during scheduled times. Received mail must come through normal postal channels. This includes USPS, UPS, FEDEX, etc. All letters will be inspected for contraband, gang-related material, signs and drawings. If deemed inappropriate your letter will be sent back to the sender.

## CLOTHING REQUIREMENTS

You will not be allowed to wear any personal clothing or items. Upon arrival to MTJDC your personal property will be placed in a property bag and returned to you when you are being released. This includes shoes, clothing of any sort, jewelry, money, accessories, etc. You will be issued a jumpsuit/pants and shirt, shower shoes, tennis shoes, underwear and socks (pending Suicide screening). You are to dress properly and comply with staff directives about dress out code.

- Females must always have on white and orange tops.
- No sagging of the pants.
- Male jumpsuits must be completely buttoned while in pod area.
- Male jumpsuits can be tied around the waist in cell or in recreation yard.

## ACTIVITIES

SCHOOL- Attendance is mandatory while you are here. You will earn credit for work complete and hours attended. Any resident that refuses to go to school without a valid reason, will not level up to more than a C-level and you will not go on restriction....Example: if you are on A level and you refuse to go to school...you will drop to a C-level and if you are on D level you will not go any higher than a C-Level.

Valid reasons for not going to school are: Meetings, Court, Sick or injured.... (Sick or injured you will not come out for rec on that day.)

If a resident gets kick out of class, they will be put on 48 restriction and not return to school, until the next week....and the resident's level will be put back a D and rec is loss for that day

- RECREATION- As you acquire your levels, you will be permitted to participate for longer periods of time on recreation, and going out to the recreation yard to play basketball and enjoy being outside.
- RELIGIOUS PROGRAMS- We would like everyone to be able to talk to a minister or clergyman of your denomination. If you need to see someone please ask the staff to make the arrangements.

## TELEVISION RULES

You will not be allowed to watch TV during school hours. You are subject to lose TV privileges for continuous bad behavior and not following directions. Sunday through Thursday, TV's go off at 10:00 PM. Friday and Saturday TV's go off at 1:00 AM or supervisors discretion. Montgomery County residents are not allowed in TV rooms per court order. At any time, you can lose all privileges without explanation. If TV's are destroyed or tampered with, this will result in losing TV privileges for your time here.

## DISCIPLINARY BOARDS/D-BOARD HEARINGS

If you feel that you have been placed on restriction unjustly, that you did not commit the offense, or that the imposed restriction was too severe, you may fill out a request for a D-Board hearing. Staff members will provide you with a blank D-Board request form and a pencil to fill it out. The Disciplinary Board will listen to what you have to say and determine whether or not you deserve a lesser disciplinary action. All residents are assured a fair and impartial hearing for appeals of disciplinary reports. No resident may be denied a D-Board hearing.



Case 3:24-cv-00777 Document 169-49 Filed 06/30/26 Page 6 of 27 PageID #: 2010

DRT_0006133

## ATTORNEY CONTACTS

You may request an "Attorney Call Request" form at any time so that the 1st shift supervisor will call attorney to set up time to talk with you. You cannot be denied this phone call.

## LEVELS

If you have no behavioral issues, levels will progress as follows:

D - Residents will remain on D level for 5 days
C - 6 days after arriving
B - 7 days after gaining C level
A - 15 days after gaining B level

IF YOU HAVE ANY QUESTION ABOUT THE RULES OR POLICY ASK A YSO TO EXPLAIN THEM OR READ THEM TO YOU. WE ARE HERE TO HELP YOU BETTER YOURSELF UNTIL YOU GET TO YOUR NEXT DESTINATION.

## OFFENSES AND CONSEQUENCES

| OFFENSE | TIME ON RESTRICTION |
|---|---|
| Threatening/Cursing Staff | *Up to six (6) hours |
| Continuous disrespect of staff | *Up to six (6) hours |
| Repeat offense of Disrespecting | *Up to six (6) hours |
| Fighting – 1st offense | *Up to six (6) hours |
| Fighting – 2nd offense | *Up to six (6) hours |
| Fighting – 3rd offense | *Up to six (6) hours |
| Possession of contraband such as pencils, pens, markers, extra cups of lotion or grease, items off food trays, etc. | *Up to six (6) hours |
| Possession of anything that could be used as a weapon: 1st offense | *Up to six (6) hours |
| Possession of anything that could be used as a weapon: 2nd offense | *Up to six (6) hours |
| Possession of any type of medications | *Up to six (6) hours |
| Taking food or any other items from another resident | *Up to six (6) hours |
| Damaging/destroying MTJDC property (can result in indefinite time and charges will be filed) | *Up to six (6) hours |
| Inciting a riot or participating in a riot | *Up to six (6) hours |
| Assaulting a staff member | *Up to six (6) hours |
| Graffiti on any part of facility or uniforms, gang emblems especially | *Up to six (6) hours |
| Throwing gang signs | *Up to six (6) hours |
| Any type of gang related incident | *Up to six (6) hours |
| Attempted escape | *Up to six (6) hours |
| Going into another resident's room | *Up to six (6) hours |
| If a resident has to be restrained for any reason | *Up to six (6) hours |
| If a resident refuses to attend school or is asked to leave the classroom for any reason | Up to six (6) hours* and loss of current privilege level |
| Destroying or kicking basketball or throwing or kicking basketball over wall | Lose privilege to go outside for 7 days |

Revised 1/13/2022

If a resident commits or is alleged to have committed abusive sexual contacts, non-consensual sex acts, sexual abuse, sexual assault, or sexual harassment, the disciplinary process is different from the chart above, unless staff members witness the act. All parts of the investigation and consequences will be conducted according to the standards of the Prison Rape Elimination Act. If staff members did not witness the act, the following will occur:

The disciplinary process will take place only after investigation by DCS and a finding that the allegation is substantiated. In such case, if the resident is still at MTJDC, a Child and Family Team Meeting will be held. The Child and Family Team will discuss and decide upon the nature of any disciplinary sanctions beyond court mandated sanctions that are to be imposed.

# Rec Schedule

DAILY SCHEDULE MONDAY THROUGH FRIDAY

| **School Schedule:** | |
|---|---|
| 1st Half | 9:00 AM – 10:15 AM |
| Break | 10:15 AM – 10:25AM |
| 2nd Half | 1:00 PM – 2:00 PM |
| Break | 2:00 PM – 2:10 PM |
| Last Half | 2:10 PM- 2:45PM |

| **RECREATION:** | |
|---|---|
| LEVEL A | 3.5 hours per day |
| LEVEL B | 2.5 hours per day |
| LEVEL C | 1.5 hours per day |
| LEVEL D | 1 hour per day |
| RESTRICTIONS | 1 hour per day |

* SHOWERS: 7AM-9AM

* A, B, and C LEVELS ONLY PLAY THE VIDEO GAMES

*A& D class every Wednesday night 6pm-8pm
Church on Saturday morning

## Weekends will rec in groups for 1hr per day

Revised 1/13/2022

## GRIEVANCE PROCEDURES FOR RESIDENTS

IF A RESIDENT FEELS HIS/HER RIGHTS HAVE BEEN VIOLATED THEY ARE TO FILL OUT A GRIEVANCE FORM!

Grievance Forms will be in a folder in the pod area. Pencils will be available upon request. After you fill out a grievance, you should place it into the locked box in the pod area. Each weekday an administrative staff member will retrieve the grievances and take them to the Director. The Director will act upon the grievance as warranted within three days (not counting weekends). Here is a summary of the official MTJDC Grievance Procedure for residents:

When a resident feels that a situation has occurred that warrants a grievance, the following procedure will be followed:

A. Residents/family members/advocates shall use the grievance box to submit grievances. Locked Grievance Boxes are available in each of the three pods to residents at all times and without control or comment by staff members. Grievance forms are available at all times in the area of the grievance box, in such a location that the resident does not have to ask a staff member for the form. Residents can obtain a pencil to write a grievance by asking any staff member.

B. Response to grievances:

   The Executive Director or Director will review the grievance and return an answer to the resident within three days. If the grievance is an emergency (i.e., the resident's safety or mental health status is in danger), the grievance will be answered immediately. In any emergency, the resident needs to tell the Executive Director, Director, or another staff member immediately.

   Any grievance to report allegations of sexual abuse, assault, misconduct, and/or harassment is considered an emergency grievance or urgent situation. There is no time limit on when a resident may submit a grievance regarding an allegation of sexual abuse. Although the resident or family member has the right to report allegations of sexual abuse, assault, misconduct, and/or harassment internally using only the grievance procedure, it is recommended that the resident or family member also or instead tell an administrative staff member such as the Director or Executive Director.

[redacted]nts may report allegations of sexual abuse, assault, misconduct, and/or harassment [redacted]lly or externally. They may also report internally or externally retaliation by other [redacted]nts or staff members for reporting sexual abuse and harassment and staff neglect or violations of responsibilities that may have contributed to these incidents. If they choose to report internally, they may do so by telling any staff member or by filing a grievance

Revised 1/13/2022

(such a grievance would be treated as an emergency or urgent situation and would be handled immediately). NOTE: Residents are not required to nor should they attempt to resolve with staff an alleged incident of sexual abuse. Grievances involving allegations of sexual abuse, sexual assault, misconduct, harassment, or retaliation for reporting such incidents are not required to be and should not be referred to the staff member who is the subject of the complaint. If filing a grievance would result in the grievance being reviewed by that staff member, the resident should notify the Executive Director or report externally.

Residents may report allegations of sexual abuse/assault/ misconduct/harassment externally to a public or private entity or office that is not part of the agency. This includes but is not limited to:

- Local law enforcement agencies and may remain anonymous upon request
- Department of Children's Services Family Services Workers
- DCS Child Abuse Hotline at 1-877-237-0004
- Their John L. Attorney or Guardian ad Litem

C. Resolution of grievances:

If a resident does not agree with the answer provided by the Executive Director or Director, the resident will have the right to discuss the grievance further with his Family Services Worker. If the grievance is not resolved through communication with the Family Services Worker, the resident, and the Director, then the resident will have the right to appeal the situation to the Department of Children's Services. The Director will assist him in this process, with the assurance that the resident need not fear reprisal. The agency shall issue a final agency decision on the merits of any portion of a grievance alleging sexual abuse within 90 days of the initial filing of the grievance (see official MTJDC procedure for specific information about this 90-day period).

# RESIDENT GRIEVANCE FORM

Student's Name: ______________________ Date of Birth: ______________

Today's Date: ______________

Where did the grievance happen: ______________________

What date? ______________ What time? ______________

Did anyone see or hear what happened? If yes, who? ______________________

Why are you writing this grievance?

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Did you discuss this with staff? If yes, who? ______________________

What did the staff member tell you? ______________________

______________________________________________

______________________________________________

---

Findings from the Executive Director and Director: ______________________

______________________________________________

______________________________________________

______________________________________________

______________________ ______________________

Signature and date signature and date

Date grievance returned to resident: ______________________

Resident: Do you wish to appeal this finding? Yes No

Signature of Resident Date

**If yes, you may discuss the finding with your Family Services Worker today or as soon as he or she returns your telephone call. If you are not satisfied with the answer from your Family Services Worker, the Executive Director or Director will help you appeal the situation to the Department of Children's Services without your decision being held against you in any way.**

Revised 1/13/2022

# ZERO-TOLERANCE FOR SEXUAL HARASSMENT, ASSAULT OR RAPE

The following information is very important, so **please read it carefully and thoroughly.** There is a quiz to be completed after reading all of the PREA material with which you will be provided.

Middle Tennessee Juvenile Detention Center, LLC is committed to a zero-tolerance standard for all forms of sexual abuse, assault, misconduct, harassment or rape. We have a policy called ZERO-TOLERANCE STANDARDS AND GUIDELINES FOR SEXUAL HARASSMENT, ASSAULT OR RAPE INCIDENTS AND PRISON RAPE ELIMINATION ACT (PREA) (7.8). You and/or your parents may read the whole policy if you wish by asking a staff member. Here is as summary of the policy:

The ways we work to enforce the standards and keep you safe come from a federal law called the Prison Rape Elimination Act (PREA). Even though it was originally written for prisons, it now applies to all juvenile facilities as well. All of our employees who work with our residents are trained about this law. Some of the training includes how to prevent sexual assaults by other residents, staff, volunteers, or anyone, what staff members must do to properly report sexual assaults, abuse, or neglect, what will happen to them if they commit sexual assault, abuse, or neglect, and what to do if any resident is sexually assaulted, abused, or neglected.

When you are first admitted to Middle Tennessee Juvenile Detention Center we give you information and teach you what you need to know about how we keep you safe and what to do if you are abused. Here are some of the things we do:

1. We give you information about how to protect yourself and what to do if you are abused.
2. We tell you the consequences of engaging in any type of sexual activity while you are at this facility.
3. We tell you how to get medical and mental health treatment and counseling.
4. We tell you how to safely report incidents or suspicions of sexual abuse or sexual harassment, retaliation by other residents or staff for reporting sexual abuse and sexual harassment, and staff neglect or violation of responsibilities that may have contributed to such incidents.
5. We take a look at the records of every new resident to see if they have a history of either being abused or of abusing someone else and use this information to help keep everyone safe.
6. We ask each new resident a series of questions to help us know if they are at risk of being abused or of abusing someone else.
7. If we need more information to keep everyone safe, we may refer a resident to a mental health professional, who will work with the resident and with us to provide treatment and make safe program assignments.
8. If a resident tells us he was abused at another facility but hasn't reported it, we will report the incident to DCS and to the Director of the other facility. This allows DCS to investigate the incident, determine if charges will be filed, and keep those in the other facility safe from abuse.
9. We send your parents/guardians information about how to report abuse.

Revised 1/13/2022

HOW TO REPORT ABUSE:

Middle Tennessee Juvenile Detention Center, LLC is dedicated to the safety, dignity, and well-being of the residents and families of residents it serves. It is the policy of this agency that the following will not be tolerated:

- verbal abuse
- physical abuse or neglect
- emotional abuse or neglect
- sexual abuse
- sexual harassment
- staff neglect
- retaliation for reporting
- any misconduct of a sexual nature
- staff neglect or violation of responsibilities that may have contributed to an incident of abuse or neglect

**If anyone abuses you, you should report it in any or all of the following ways:**

- Report the abuse to a staff member (all staff members are required by law to immediately report abuse to the Department of Children's Services).
- Tell your parent/guardian
- Tell your Family Services Worker.
- Call the Child Abuse Hotline at **1-877-237-0004.**
- Write a letter to or call Child Protective Service Central Intake at:

[redacted]

**DCS Central Intake**
**1101 Kermit Drive**
**Nashville, TN 37217**
**1-877-54ABUSE (1-877-542-2873)**

- Write to or call A Kid's Place at:

**A Kid's Place**
**614 W. Point Rd**
**Lawrenceburg, TN 38464**
**1-9314-766-2213**

- File a Middle Tennessee Juvenile Detention Center, LLC grievance (if you are in immediate danger, tell a staff member immediately in addition to any of the other ways of reporting. Staff members will take action **now** to protect your safety).

Revised 1/13/2022

- Report the abuse to law enforcement. If you choose to report the abuse locally, the phone number for the Maury County Sheriff's Department is (931) 388-5151.
- Report the abuse to your attorney or guardian ad litem.

Staff members will allow you to use the telephone and/or will provide you with paper, pencil, envelope and stamps so that you can report abuse if it occurs.

Other things to know about reporting abuse:

1. You may report sexual abuse at any time, regardless of when it occurred.
2. You should not try to resolve an incident of sexual abuse by yourself. Report it and let the authorities investigate it and provide protection for you.
3. You can get help filling out paperwork from whomever you wish. This can be other residents, staff members, family members, attorneys, and/or outside advocates. Those persons may also file such requests on your behalf.
4. There are confidentiality laws to protect you if you report abuse. A YSO or the Director can explain them to you.
5. If anyone tries to retaliate (get back at you) because you reported abuse of yourself or another resident, please tell the Director, Chief of Security, or another staff member you trust. Retaliation is not allowed!
6. Any person who either verbally or by written/printed communication reports false accusations of sexual abuse commits a Class E felony. A report made in good faith upon reasonable belief of the alleged incident will not constitute a false report.

WHAT HAPPENS AFTER A RESIDENT REPORTS SEXUAL ABUSE, ASSAULT, HARASSMENT, NEGLECT, OR RETALIATION?

The Department of Children's Services (DCS) division of Child Protective Services (CPS) investigates all reports concerning children who are in DCS custody. They will notify certain people such as your Family Services Worker, parents, and administrators of Middle Tennessee Juvenile Detention Center, LLC . After CPS completes their investigation, we will tell you the outcome. If you are in another program or living at home at that time, someone else will tell you whether the report was determined to be substantiated, unsubstantiated, or unfounded.

Immediately after you report sexual abuse, we will work hard to protect you. This includes the following:

1. We will keep you apart from the person who you reported abused you.
2. We will cooperate with agencies investigating your report.
3. We will make sure you receive medical treatment, emotional support, and counseling if needed.
4. We will provide you with access to outside victim advocates for emotional support services related to sexual abuse. This includes letting you communicate with the advocates in as confidential a manner as possible. You should know that there are limits to confidentiality when you communicate with outside victim advocates. That means that

if you tell them anything that indicates you or another person is in danger, they have to report it in order to keep you and others safe. An example of this would be if you told them someone was talking about committing suicide, we or they would tell someone who could get them the help they need and keep them safe. The phone numbers and addresses for victim advocates are listed at the end of the PREA information in this Resident Handbook.

PREA (Prison Rape Elimination Act) was passed in 2003 to help prevent, reduce, and eliminate sexual misconduct between juveniles and between staff and juveniles. The following literature will explain your rights and inform you of exactly what you would need to do if you were to become a victim of sexual abuse/harassment.

**Here are a few important things to know:**

- ❖ If you tell a staff member (YSO, nurse, teacher, etc.) that you have been sexually abused, harassed, raped, or sexually assaulted, or if you tell a staff member that you are going to hurt yourself or someone else, that staff member **WILL** report it. Middle Tennessee Juvenile Detention Center has a Zero-Tolerance Policy against any kind of sexual misconduct and the staff have a "**duty to report**" any such allegations that they are made aware of.
- ❖ Staff members are instructed to keep the information you tell them confidential with the exception of having to tell the appropriate people who **NEED** to know in order for them to perform their duties accordingly and keep residents safe.
- ❖ Persons who report sexual misconduct will **NOT** be retaliated against for doing so. Retaliation or negative consequences for reporting sexual misconduct will not be tolerated and will result in disciplinary action for that staff member up to and including termination.
- ❖ MTJDC has a "**Memorandum of Understanding**" with a program called **A Kids Place**. If a resident is a victim of a sexual assault/abuse incident, they will be permitted to speak to a designated Kid's Place counselor. Kid's Place advocates are skilled professionals who provide a wide variety of services including court advocacy, hospital accompaniment, resources, mentoring, and individual and group counseling, just to name a few. **No conversations with this victim advocacy service will be recorded.**
- [redacted] **False allegations**: All of this being said, by all means, if you fall victim to sexual abuse or a sexual assault or were abused prior to coming here and you have not reported it, PLEASE tell someone you trust. However, also remember that any person who knowingly reports a **FALSE** accusation of sexual abuse, assault harassment, misconduct, or rape commits a **FELONY**. And there are consequences to committing this crime.
- ❖ **BOTTOM LINE: Our staff members have a "duty to report." Failure to comply with this duty will result in disciplinary action up to and including the loss of their job AND/OR criminal charges against them.** So never be afraid to tell. If you tell a staff member of a sexual abuse, misconduct, or rape incident, the first thing the staff member will do is to **make sure YOU are SAFE. You will be separated from the abuser.** The staff member will then notify Child Protective Services. Be assured that **our staff members are trained** in how to respond to these incidents.

On the following pages, you will find some important information that will help you know about:



Case 3:24-cv-00777 Document 169-49 Filed 06/30/26 Page 16 of 27 PageID #: 2020

DRT_0006143

- Your right to be free from sexual violence while you are in DCS custody
- Definitions of terms used in the PREA information
- More information about reporting abuse
- What to do if you are assaulted
- Consequences
- Preventing sexual abuse
- Safety tips

## YOU HAVE THE RIGHT TO BE SAFE FROM SEXUAL VIOLENCE

While you are under the supervision of Tennessee's Department of Children's Services Division of Juvenile Justice, no juvenile or staff member has the right to sexually harass you or pressure you into ANY sexual acts. Regardless of your gender, age, size, race, ethnicity, religion, or sexual orientation, you have the right to be safe from any sexual harassment, advances, and acts.

Under Tennessee's Division of Juvenile Justice policy:

- Sexual intercourse, contact or conduct between juveniles and between staff and juveniles is prohibited.
- Sexual assault of a juvenile by another juvenile will be referred for prosecution according to the laws of Tennessee.
- Sexual abuse includes penetration or external touching of a child's intimate parts, oral sex with a child, indecent exposure or any other sexual act performed in a child's presence for sexual gratification, sexual use of a child for prostitution, and the manufacturing of child pornography. "Child" refers to anyone under the age of 18. 18 year olds at Middle Tennessee Juvenile Detention Center are also protected by PREA laws.

The United States Federal Government passed the Prison Rape Elimination Act (PREA) in 2003 to help prevent, reduce, and eliminate sexual misconduct between juveniles and between staff and juveniles.

WHAT IS SEXUAL MISCONDUCT?

- **Sexual Assault or Sexual Contact** – when one or more juveniles tries to force or convince another juvenile to participate in a sexual act through manipulation or through the use of threats, intimidation, inappropriate touching, or other actions.

| |
|---|
| **YOU NEED TO RESPECT OTHERS** IT IS NEVER RIGHT TO PRESSURE SOMEONE TO ENGAGE IN A BEHAVIOR HE/SHE DOES NOT WANT TO DO. YOU DO NOT HAVE THE RIGHT TO FORCE ANY TYPE OF SEXUAL BEHAVIOR ON ANY PERSON. THERE SHOULD BE NO JOKING, BRIBING, OR TEASING OF ANY KIND OF A SEXUAL NATURE. **BULLYING WILL NOT BE TOLERATED**. THERE IS A **ZERO TOLERANCE** POLICY IN PLACE FOR SUCH OCCURRENCES. |

- **Sexual Conduct** – any type of sexual activity between juveniles which includes asking for, paying for, promising, threatening, or communicating with another person in any manner, verbally or written, to have sexual intercourse. It also includes exposing, touching, or gesturing to the juvenile's own intimate parts to attract the attention of another person or using sexually explicit language.

| |
|---|
| SEXUAL ACTS OR CONTACT BETWEEN JUVENILES (LIKE HOLDING HANDS, KISSING, ETC.) EVEN WHEN BOTH PEOPLE WANT TO, **ARE NOT ALLOWED**. BOTH JUVENILES INVOLVED IN SEXUAL CONDUCT WILL BE HELD ACCOUNTABLE. |

- **Sexual Assault of a Staff Member BY A JUVENILE** – a resident may be charged with state criminal offense if there is sufficient proof that the resident participated in sexual misconduct. Facility discipline may also occur for a resident participating in sexual misconduct. This does not apply if the staff member voluntarily participates in **sexual conduct** (see below). In that case, the staff member would be prosecuted.
- **Sexual Assault or Sexual Conduct BY A STAFF MEMBER** – when a staff member engages in, or attempts to engage in, a sexual act with any juvenile. This includes the staff member intentionally touching the juvenile's intimate parts with the intent to abuse, humiliate, harass, or degrade the juvenile, or arouse or gratify the sexual desire of any person. Sexual behavior can include, but is not limited to, indecent, profane or abusive language or gestures of a sexual nature, inappropriate visual surveillance of juveniles, making sexually offensive comments or gestures, solicitation of sexual activity through promises of favors or threatening a juvenile for refusing sexual advances.

| |
|---|
| **IT IS NEVER APPROPRIATE FOR A STAFF MEMBER TO MAKE SEXUAL ADVANCES OR COMMENTS TO OR TO ENGAGE IN SEXUAL CONTACT WITH A JUVENILE. EVEN IF THE JUVENILE WANTS TO BE INVOLVED WITH A STAFF MEMBER, THE STAFF MEMBER IS NOT ALLOWED TO PARTICIPATE. TENNESSEE LAW AND TENNESSEE'S DEPARTMENT OF CHILDREN'S SERVICES DIVISION OF JUVENILE JUSTICE SPECIFICALLY FORBID SUXUAL ACTIVITY BETWEEN JUVENILES AND STAFF, CONTRACTORS, OR VOLUNTEERS. STAFF IS SUBJECT TO DISCIPLINE AND CRIMINAL PROSECUTION REGARDLESS OF WHETHER YOU CONSENT TO SUCH ACTIVITY. THERE ARE NO EXCEPTIONS.** |

REMINDER HOW TO REPORT AN INCIDENT OF SEXUAL MISCONDUCT OR SEXUAL ASSAULT:

It is important that you tell a staff member as soon as possible if you or someone you know has been sexually assaulted, have been threatened, or are being asked to do something sexually. You can tell your Case Manager/Family Services Worker, the Executive Director, Director, Shift Supervisor, medical staff, YSO, teacher, or any other staff member. Staff members are instructed to keep the reported information confidential and only discuss it with the appropriate officials that have a need to know in order to perform their duties and keep you and other residents safe. Persons who report sexual misconduct will be protected from retaliation.

You can also report the incident to the agencies we talked about under the section above, "HOW TO REPORT ABUSE." We will help you report abuse, you can get someone else to help you

report it, or you can report it yourself without help from us or someone else. The main thing is that you report it.

**WHAT TO DO IF YOU ARE ASSAULTED WHILE YOU ARE HERE**

**If you are sexually assaulted, you should report it immediately to staff who will offer you immediate assistance and protection. Staff will also refer you for a medical examination and assessment.**

**Even though you may want to clean up after an assault, it is important NOT to shower, wash yourself, drink or eat anything, change your clothing, or use the bathroom before you see a medical professional.**

**Please remember that by reporting the crime of a sexual assault or sexual misconduct right away, you are assisting in helping stop this harmful behavior and sending a message to the perpetrator that this behavior will not be tolerated.**

RETALIATION OR NEGATIVE CONSEQUENCES:

DCS Policy 18.8 GUIDELINES FOR SEXUAL ABUSE, ASSAULT, OR RAPE INCIDENTS IN YDC'S – PRISON RAPE ELIMINATION ACT, Section A. # 9 reads:

"The possibility of retaliation or negative consequences for reporting sexual abuse/assault/misconduct or rape will not be tolerated and may result in disciplinary actions up to and including termination." This means that you WILL NOT get into trouble and you will not be punished if you report sexual abuse/assault/misconduct or rape.

DCS Policy 18.8, section A. #10 reads:

"Any person who knowingly and maliciously reports, or causes, encourages, aids, counsels, or procures another to report a false accusation of child sexual abuse commits a Class E felony." TCA 37-1-413. What this means is that you should not make false/ untrue statements about being sexually abused. If you do, you are subject to disciplinary and legal consequences.

**Consequences for engaging in any type of sexual activity while at Middle Tennessee Juvenile Detention Center:**

If you engage in any type of sexual activity while at this facility, you treatment team will meet to address your behavior.

Seeking medical treatment, mental health treatment, and/or counseling:

If you report abuse, you will be provided medical treatment. If you wish to speak with a mental health professional to receive counseling, please tell medical staff and medical staff will contact the mental health professional



Case 3:24-cv-00777 Document 169-49 Filed 06/30/26 Page 19 of 27 PageID #: 2023

DRT_0006146

# PREVENTING SEXUAL ABUSE

NO MATTER WHERE YOU GO OR WHERE YOU LIVE, YOU HAVE THE RIGHT TO BE SAFE FROM SEXUAL VIOLENCE

Sexual abuse can happen anywhere there are people. It can happen in school, in church, at home, and lots of other places too. Staff at Middle Tennessee Juvenile Detention Center will do everything they can to make sure sexual abuse doesn't happen to you. Here is what we are already doing to keep you safe:

- Staff will be watching you and other residents 24 hours a day, 7 days per week.
- Staff members are carefully screened through background checks to make sure the best people are in charge of your safety and care.
- Staff members know how to spot abusive behavior and how to stop that behavior.
- Residents who may have gotten into trouble because of their sexual behavior stay in special programs.
- Resident's cannot go into other resident's rooms.

You may be thinking of what you will do to keep yourself safe. To do your part there are three things you need to know. You need to:

1. Know what sexual abuse is;
2. Know how to protect yourself; and
3. Know how to get help.

What is sexual abuse? You may already have a good idea of what sexual abuse is. But if you don't, here are some facts that may help you. **Sexual abuse is any unwanted sexual contact with another person.** Sexual contact includes, but is not limited to the following:

- Touching
- Kissing
- Talking in sexual ways
- Showing private parts to others
- Watching people undress
- Watching people go to the bathroom
- Putting your mouth on someone's private parts
- Putting any part of your body inside someone else's body

You may NOT do any of these behaviors while at Middle Tennessee Juvenile Detention Center. These behaviors are against the rules and can lead to problems in your program.

Revised 1/13/2022

Sometimes sexual contact can be abusive even if a person seems to go along with it. As a rule of thumb, you CANNOT say "YES" to sexual contact if:

- You are under age 16
- You are using drugs or alcohol
- You don't know what you are being asked to do
- You believe that you can't say "NO" without bad things happening to you.

If you find yourself in a situation like any of the ones named above, seek help from staff as soon as possible.

## SAFETY TIPS

Here are some things you can do to protect yourself from unwanted sexual contact:

- Don't talk about sex with peers.
- Don't enter another resident's room.
- Don't let another resident enter your room.
- Don't keep secrets about sexual activity.
- Stand up for yourself and say "NO."
- Stay one (1) arm's length away from other residents during line moves.

If you are the victim of unwanted sexual contact, report what happened to any staff immediately. The longer you wait, the more difficult it will be to give you the help you need. You may report sexual abuse to **ANY** staff member you wish. All staff members are trained to get you the help you need.

Once you report what happened, you will be given the help you need. You may be taken to the hospital to make sure your body is not hurt. You may be asked lots of questions about what happened. You may be asked to meet with a counselor to talk about what happened. **Sexual abuse is never the victim's fault.**

If you would like to know more about sexual abuse, please feel free to talk to a staff member.

INDICATORS THAT A YOUTH MAY HAVE BEEN SEXUALLY ASSAULTED OR MAY BE IN FEAR OF BEING SEXUALLY ASSAULTED INCLUDE:

- Isolation or refusing to leave isolation
- Depression/anxiety
- Lashing out at others
- Refusing to shower
- Seeking protective custody
- Easily startled or jumpy
- Self-mutilation
- Increase in aggression

Revised 1/13/2022

- Insomnia
- Social withdrawal
- Difficulty concentrating
- Loss of appetite
- Sudden mood swings
- Suicidal thoughts

POSSIBLE PHYSICAL SIGNS THAT A RESIDENT MAY HAVE BEEN SEXUALLY ASSAULTED:

- Injuries
- Nausea
- Vomiting
- Headaches
- Sudden sweating
- Unkempt appearance or no longer caring about their appearance

IS THERE SOMEONE WHO CAN HELP ME GET THROUGH ALL THIS IF IT HAPPENS TO ME?

Yes! There are organizations ready and waiting to help you. They are called Victim Advocates. You can call them from the Middle Tennessee Juvenile Detention Center telephones or when you are at home. You should know that there are limits to confidentiality when you communicate [redacted] with outside victim advocates. That means that if you tell them anything that indicates you or another person is in danger, they have to report it in order to keep you and others safe. An example of this would be if you told them someone was talking about committing suicide, we or they would tell someone who could get them the help they need and keep them safe.

But know that the Victim Advocate programs are there to help you and they will respect your right to privacy and confidentiality. On the next page are some Victim Advocacy organizations you can contact.

## [redacted] EMOTIONAL SUPPORT AND VICTIM ADVOCACY ORGANIZATIONS

Kid's Place/A Child Advocate Center
614 W. Point Rd
Lawrenceburg TN 38464
1-931-766-2213

National Sexual Assault Hotline
1-800-656-HOPE (1-800-656-4673)

Sexual Assault Center
101 French Landing Drive
Nashville, TN 37228
1-615-259-9055

Sexual Assault Center of East Tennessee
6215 Kingston Pike
Knoxville, TN 37919
(Serving Anderson, Blount, Campbell, Knox, Loudon, Roane, and Sevier counties)
Crisis Line: 1-865-522-7273
24/7 Line: 1-865-558-9040

Sexual Assault Center of East Tennessee
409 East Unaka Avenue
Johnson City, TN 37601
(Serving Carter, Green, Hancock, Hawkins, Johnson, Sullivan, Unicoi, and Washington counties)
24 Hour Crisis Line: 1-865-522-7273

Child Help
2505 Kingston Pike
Knoxville, TN 37919
1-865-637-1753
National Hotline: 1-800-422-4453

Shelby County Rape Crisis Center
1750 Madison Avenue
Memphis, TN 38104
1-901-222-4350

If you are being held solely for civil immigration purposes, we will help you contact immigrant services agencies and allow you reasonable communication with them.

Revised 1/13/2022

[redacted]

Revised 1/13/2022

Abuse is a crime...

Tell Someone Now!

### What Else Can I Do?

The Tennessee Department of Children's Services (TDCS) investigates abuse, neglect and exploitation in all Tennessee facilities. There is a toll-free phone number you can call to report abuse if you do not feel comfortable talking to someone in the facility. Your report will be investigated by TDCS if you report it to facility staff or if you call TDCS directly.

The toll-free phone number for the Child Abuse Hotline to report abuse is:

**1-877-237-0004**

When you call, you will be asked to tell exactly what happened to you in the facility. When you call, you do not have to give your name, but if you do, your name and your identity will be protected and kept confidential or secret.

No one should be abused.

## TN Child Abuse Hotline

1-877-237-0004

Yes. If you report abuse, you will be believed and your case will be fully-investigated to uncover evidence that proves what happened.

No. After a report of abuse is made, the person who abused you is removed from contact with you during the facility's investigation. This does not mean that you will necessarily be released from the facility or moved to another facility, but you will be protected.

No. If you make a report of abuse and have told the truth, you should not be punished, treated differently or receive any discipline. You will be protected from further harm and the case will be investigated. If you are retaliated against, report it to a trustworthy adult or TDCS immediately and it will be investigated.

The facility and TDCS investigators will ask you questions about what happened. If the abuser faces criminal charges, then you may be asked to testify in court.

No. Making a report of abuse will not extend your stay in detention, lengthen your probation term or change your current placement status.

All reports of abuse are taken very seriously and investigated thoroughly. Anyone who makes a false report may be charged with a serious criminal offense. Remember, reporting abuse is not a game and you should always tell the truth.

If the abuse happened at home, at school or in your community, then you should report it to an adult you trust, to the Tennessee Child Abuse Hotline at1-877-237-0004 or to the police.



**STEP UP, SPEAK OUT**



A Teen's Guide to

Reporting



DRT_0006151

Revised 1/13/2022

# STEP UP...

# SPEAK OUT

## Can Abuse Happen to Me?

While in the custody of the Tennessee Department of Children's Services (TDCS), you have the right to be safe and protected against abuse. Abuse includes physical, sexual and emotional abuse, neglect and exploitation. All TDCS and Private Provider facilities make every effort to keep you safe from harm. Despite the best protections in place in each facility, abuse does sometimes happen. It is important that you know what to do if it happens to you.

Physical abuse is something done to you that causes physical pain or injury to your body, often called an assault. It may involve hitting, kicking, punching, choking, shoving or other acts done by an adult or another resident against you.

Sexual abuse is a sexual act committed against you or the intentional touching of your body in a sexual way by another person. Sexual abuse happens when someone asks you to flash or expose the private areas of your body or asks you to engage in sexual intercourse or other sexual behaviors.

Neglect happens when persons responsible for taking care of you fail to do so. For example, neglect may involve the unreasonable delay or refusal to allow you to see a doctor or nurse when you are sick or injured. It also may involve facility staff not giving you medicine prescribed by your doctor. Neglect may involve staff not providing proper supervision of you and the other kids in the facility. If staff is not present or paying attention when you are assaulted or hurt in any way by one of your peers, that is neglect.

Emotional abuse is an action by another person that may cause you extreme embarrassment, mental or emotional harm instead of physical harm. For example, emotional abuse may involve a person cursing at you, making crude sexual remarks or mean or hateful comments about you, your race, your gender, your family or the way you look.

Exploitation happens when someone in authority takes advantage of you. Exploitation may involve facility staff ordering you to do personal favors for them or someone else. For example, if a staff member takes you from the facility to his home to mow his lawn or perform some other type of labor, this may be exploitation.

It is not easy to know what an abuser looks like. Abusers can be someone you know, a friend, relative or a stranger. Any person in a facility may commit abuse. Abusers are not always detention or corrections officers or facility staff members. They can be visitors, volunteers, probation officers, medical [illegible] teachers or other persons in [illegible] meet. Abuse committed by any [illegible] wrong and should be reported [illegible] deserves to be abused and [illegible] period.

Other residents in the facility may commit abuse against you. This may involve physical and sexual assaults. Abuse by other juveniles should also be reported. You have a right to be protected at all times from other juveniles in the facility.

If you see another resident being abused or you hear about someone else being abused, you should report this. All abuse is wrong and everyone deserves to be protected at all times in a facility. You can help others by reporting abuse.

## Who Can Help?

**If you are the victim of abuse, there are many people who want to help you. The important thing is to tell someone about the abuse, neglect or exploitation immediately. Do not be silent.**

In the facility, there are many adults who you see every day that will help you and protect you. If you feel comfortable, you should talk to a facility staff member, counselor, teacher or medical professional and tell them if you have been abused. There are also many adults who may visit you in the facility that can also listen and help such as your attorney, your probation officer, your parent, guardian or other family member.

Each juvenile justice facility has a way to handle your complaints or problems, sometimes called "grievances" and this is called a Grievance System. For example, if you have a complaint about the food in the facility, or if you disagree with the way the rules are enforced, you should report these problems by using the grievance system in the facility. You can also report abuse using the facility grievance system if you feel comfortable doing so. The facility grievance system is a choice that is always available for you if you do not feel comfortable talking to a staff member directly.

Abuse is a crime.

no matter where



DRT_0006152

Case 3:24-cv-00777 Document 169-49 Filed 06/30/26 Page 25 of 27 PageID #: 2029

Revised 1/13/2022

El abuso es un delito...

¡Díselo a alguien ahora!

**¿Que más puedo hacer?**

El Departamento de Servicios Infantiles de Tennessee (TDCS) investiga el abuso, abandono y la explotación en todos los centros de Tennessee. Hay un teléfono gratuito al que puedes llamar para reportar un abuso si no te sientes cómodo hablando con alguien en el centro. Tu reporte será investigado por TDCS si lo reportas al personal del centro o si llamas a TDCS directamente.

El teléfono gratuito de la Línea Directa de Maltrato Infantil para reportar abusos es

**1-877-237-0004**

Cuando llames, se te pedirá que expliques exactamente lo que te pasó en el centro. Cuando llames, no tienes que dar tu nombre, pero si lo haces, tu nombre y tu identidad serán protegidos y mantenidos de manera confidencial o secreta.

Nadie debe ser abusado

**Línea Directa de Maltrato**

**Infantil de Tennessee**

1-877-237-0004

Sí. Si reportas un abuso, se tomará con seriedad y tu caso será investigado plenamente para descubrir evidencia que demuestre qué sucedió.

No. Después de presentar un reporte de abuso, la persona que abusó de ti no tendrá contacto contigo durante la investigación del centro. Esto no significa que necesariamente serás liberado del centro o trasladado a otro centro, pero tendrás protección.

No. Si presentas un reporte de abuso y has dicho la verdad, no serás castigado, tratado de manera diferente ni recibirás acciones disciplinarias. Estarás protegido de daños adicionales y el caso será investigado. Si recibes represalias, repórtalo inmediatamente a un adulto de confianza o a TDCS y el caso será investigado.

El centro y los investigadores de TDCS te harán preguntas de lo que sucedió. Si el agresor se enfrenta a cargos penales, entonces se te podría pedir que testifiques en el tribunal.

No. Presentar un reporte de abuso no extenderá tu estancia en detención, alargará el período de libertad condicional ni cambiará tu estado actual de colocación.

Todos los reportes de abusos se toman muy seriamente y se investigan a fondo. Cualquier persona que presente un reporte falso puede ser acusada de un delito penal grave. Recuerda, reportar un abuso no es un juego, y siempre debes decir la verdad.

Si el abuso ocurrió en el hogar, en la escuela o en tu comunidad, entonces debes reportarlo a un adulto de confianza, a la Línea Directa de Maltrato Infantil de Tennessee al 1-877-237-0004 o a la policía.



**TOMA LA INICIATIVA... ALZA LA VOZ**



Revised 1/13/2022

# TOMA LA INICIATIVA... ALZA LA VOZ

## ¿El abuso me puede pasar a mí?

Mientras estás bajo la custodia del Departamento de Servicios Infantiles de Tennessee (TDCS), tienes el derecho de estar seguro y protegido contra el abuso. Esto incluye el abuso físico, sexual y emocional, el abandono y la explotación. Todos los centros de TDCS y de proveedores privados hacen todo lo posible para mantenerte a salvo de cualquier daño. A pesar de las mejores protecciones establecidas en cada centro, el abuso ocurre algunas veces. Es importante que sepas qué hacer si te pasa a ti.

El abuso físico es algo que otra persona te hace y que causa dolor físico o una lesión; a menudo se le llama agresión. Puede tratarse de golpes, patadas, asfixiar, empujar u otros actos cometidos por un adulto u otro residente contra ti.

El abuso sexual es un acto sexual cometido contra ti, o cuando otra persona toca intencional tu cuerpo de una manera sexual. El abuso sexual ocurre cuando alguien te pide que enseñes las partes privadas de tu cuerpo o te pide que tengas relaciones sexuales u otras conductas sexuales.

El abandono ocurre cuando las personas responsables de tu cuidado no lo hacen. Por ejemplo, el descuido puede implicar la demora o la negativa injustificadas de permitirte ver a un médico o enfermera si estás enfermo o lesionado. También puede significar que el personal del centro no te da los medicamentos recetados por tu médico. El abandono puede incluir las instancias en que el personal no proporciona la supervisión adecuada de ti y los otros jóvenes en el centro. Si el personal no está presente o no presta atención cuando eres agredido o herido de alguna manera por uno de tus compañeros, eso es abandono.

El abuso emocional es una acción de otra persona que pueda causarte vergüenza extrema, daño mental o emocional, en lugar de daño físico. Por ejemplo, el abuso emocional puede tratarse de una persona diciéndote malas palabras, haciendo comentarios groseros sexuales o comentarios de odio acerca de ti, tu raza, tu sexo, tu familia o tu apariencia.

La explotación ocurre cuando alguien con autoridad se aprovecha de ti. La explotación puede ocurrir si el personal del centro te ordena que les hagas favores personales a ellos o a otra persona. Por ejemplo, si un miembro del personal te lleva del centro a su casa para cortar el césped o realizar algún otro tipo de trabajo, esto puede ser explotación.

No es fácil conocer la apariencia de un abusador. Los abusadores pueden ser alguien que conoces, un amigo, pariente o extraño. Cualquier persona en un centro puede cometer abusos. Los abusadores no siempre son oficiales de detención o correccionales, o miembros del personal del centro, pueden ser visitantes, voluntarios, oficiales de libertad condicional, personal médico, consejeros, [illegible] que conoces en el centro. El [illegible] cualquier persona contra ti está mal y [illegible] inmediatamente. Nadie merece ser [illegible] siempre un delito...punto.

Otros residentes en el centro puedan cometer abusos contra ti. Esto puede implicar agresiones físicas y sexuales. El abuso por otros menores también debe reportarse. Tienes el derecho a ser protegido en todo momento de otros menores en el centro.

Si ves a otro residente siendo abusado, o escuchas que alguien más está siendo abusado, debes reportarlo. Todo abuso es indebido y todos merecen ser protegidos en todo momento en un centro. Puedes ayudar a los demás reportando los abusos.

## ¿Quien puede ayudarme

Si eres víctima de abuso, hay muchas personas que desean ayudarte. Lo importante es informar inmediatamente a alguien acerca del abuso, abandono o explotación. No te quedes callado.

En el centro, hay muchos adultos que ves todos los días que te ayudarán y protegerán. Si te sientes cómodo, debes hablar con un miembro del personal, consejero, maestro o profesional médico del centro y decirles si has sido víctima de abuso. También hay muchos adultos que pueden visitarte en el centro y que también pueden escuchar y ayudar, como tu abogado, oficial de libertad condicional, padres, tutores o cualquier otro miembro de la familia.

Cada centro de justicia para menores tiene una manera de manejar tus quejas o problemas, a veces llamadas "quejas formales", y a esto se le llama un sistema de quejas. Por ejemplo, si tienes una queja sobre la comida en el centro, o si estás en desacuerdo con la forma en que se aplican las normas, debes reportar estos problemas usando el sistema de quejas del centro. También puedes reportar el abuso mediante el sistema de quejas del centro si te sientes cómodo haciéndolo. El sistema de quejas del centro es una opción que siempre está disponible si no te sientes cómodo hablando directamente con un miembro del personal