# EXHIBIT 57

History Log

**Department Of Children's Services Education Division (970) State Agency - FY 2025 - 3. Level 3 Results-Based Monitoring - Rev 0**

View All Status/Comments

| Date | User | Status (S) / Comment (C) | S / C |
|---|---|---|---|
| 10/10/2024 12:32:09 PM | Martina E | Status changed to 'LEA Authorized Representative Approved'. | S |
| 10/10/2024 12:31:50 PM | Salena Buress | Status changed to 'LEA Fiscal Representative Approved'. | S |
| 10/10/2024 12:31:36 PM | Martina E | Status changed to 'LEA CTE Director Reviewed'. | S |
| 10/10/2024 12:31:29 PM | Martina E | Status changed to 'LEA ESSA Director Reviewed'. | S |
| 10/10/2024 12:31:21 PM | Martina E | Status changed to 'LEA IDEA Director Reviewed'. | S |
| 10/10/2024 12:31:07 PM | Martina E | Status changed to 'Draft Completed'. | S |
| 9/23/2024 7:37:18 AM | Martina E | Status changed to 'Draft Started'. | S |
| 9/10/2024 12:38:55 PM | Geneva Taylor | Status changed to 'Not Started'. | S |

**Department Of Children's Services Education Division (970) State Agency - FY 2025 - 3. Level 3 Results-Based Monitoring - Rev 0**

Requirements outlined in the Elementary and Secondary Education Act (ESEA) as reauthorized by the Every Student Succeeds Act (ESSA), the General Education Provisions Act (GEPA), the Education Department General Administrative Regulations (EDGAR), and the Uniform Grant Guidance (UGG) mandate that State Education Agencies (SEAs) provide technical assistance to Local Education Agencies (LEAs), as well as oversee and monitor the implementation of ESEA, the Individuals with Disabilities Education Act (IDEA), and the Strengthening Career and Technical Education for the 21st Century Act (Perkins V) programs. These responsibilities are part of the primary work of the division of federal programs and oversight (FPO) and the division of local finance at the Tennessee Department of Education (department). In order to meet these responsibilities, FPO implemented a comprehensive three-tier results-based framework for monitoring ESEA, IDEA, and Perkins V.

Tennessee's multi-tiered monitoring framework includes three distinctive levels.A risk analysis comprised of 50 factors identifies the level of risk and likelihood that an LEA may not comply with certain requirements. Results from the analysis designate each LEA's risk as one of three levels: 3. significant (which results in an on-site visit), 2. elevated (which identifies LEAs for participation in virtual monitoring), or 1. low (with LEAs completing an online assessment). Each LEA in the state must participate in one level of monitoring.

To provide a comprehensive monitoring of ESEA, IDEA, Perkins V, and ESSER programs, as well as fiscal oversight of these grants, numerous staff members across multiple divisions at the department are involved with the related processes. Divisional coordinators and consultants provide technical assistance to LEAs and are primarily responsible for conducting monitoring. In addition, state project directors participate in the monitoring processes to review and provide input on the monitoring instrument (embedded in ePlan) and Monitoring Results (management decisions) shared with LEAs. FPO and fiscal staff members also review the results each year and share results and trends to inform technical assistance needs.

**MONITORING PROCESS**

The Level 3 monitoring process involves various steps in each of the three phases that occur prior to the visit, during the monitoring, and after the conclusion of the visit. The steps of each phase include:

| | |
|---|---|
| **1. Identification:** | The department identifies LEAs based on the results of the risk analysis in July. For more information, please see the Risk Analysis Guide. |
| **2. Data Collection:** | The department examines assessment and growth data for LEAs and schools by proficiency levels, subjects, and subgroups (SWD, ED, EL, etc.), the LEA's consolidated application and budgets for ESEA and IDEA programs, applicable discretionary grants, LEA plan and school plans, data uploaded to EIS from the student management system, state report card, and LEA and school websites. These data elements give department staff an idea of the structure of the LEA and help guide conversation during the monitoring. |
| **3. Communication:** | The department notifies the identified LEA's director of schools, CTE director, ESEA director, and IDEA director via email by early August. The email includes the tier of monitoring and the dates of the visit. |
| **4. School Selection:** | The department selects the names of schools for monitoring based upon student assessment results, poverty percentages, demographic information, subgroup performance, and other factors. |

| | |
|---|---|
| **5. Preparation:** | To prepare for a Level 3 monitoring, the department opens the Monitoring Instrument in ePlan for LEAs and schools to respond to pre-visit questions, and the assigned FPO divisional coordinators and fiscal consultants meet with the LEA to provide technical assistance. Department staff members scheduled to participate in the monitoring hold a conference call with LEA leadership to provide an outline of the process, answer questions, and review the agenda (approximately six weeks prior to the visit). Finally, assigned team members review a variety of documentation and data uploaded by the LEA and school(s) to make notes and identify any additional questions to ask. |
| **6. Level 3:** | The monitoring team conducts an on-site visit that lasts one to five days depending on the size of the LEA and number of schools visited. The team and LEA leaders meet for a brief entrance interview to discuss the strategic plan, initiatives, promising practices, identified challenges, and more. During the visit, the team meets with the CTE director, ESEA director, IDEA director, and other LEA-level program staff. In addition, the monitors visit the selected schools and engage in dialogue with building-level leaders, teachers, and other school stakeholders such as parents of students with disabilities and parents of students who are English learners. |
| **7. Exit:** | Throughout the visit, the monitoring team members develop Monitoring Results based on information collected from their pre-visit preparation, interviews, meetings with LEA leaders, and review of documentation. Specific sections of the Monitoring Results related to the results (exceeded requirements, met requirements, improvement recommended, corrections required, finding(s) of non-compliance) are presented at an exit conference to the director and LEA leadership team via a web conference approximately 10 business days after the conclusion of the on-site visit. All members present for the monitoring access the Monitoring Results in ePlan and confirm electronically that they understand the results and required action steps (if any). |
| **8. Follow-up and Technical Assistance:** | After the conclusion of the visit and the submission of the Monitoring Results, the assigned divisional coordinators and fiscal consultants follow up with the LEA staff until all findings have been corrected and/or requirements have been met. Once all items have been completed, an official correspondence indicating the closed status is emailed to the director and uploaded to ePlan. The LEA's assigned fiscal consultants, divisional coordinators, and project directors (as needed) follow up with LEA staff to provide technical assistance and support. In addition, a survey link is emailed to LEA and school staff members to collect feedback on the monitoring process for the department to continue to improve the process and ensure it is effective and not overly burdensome to LEA partners. Failure to meet deadlines outlined in the Monitoring Results can result in added points to the subsequent risk analysis, a focus monitoring, conditions on grant awards, or other actions. |
| **9. Closure:** | After the monitoring visit, the department sends a status update from ePlan to the LEA indicating the status of the monitoring to the director of schools, ESEA director, IDEA director, CTE director, and fiscal director to confirm all areas have been resolved and there is no further action necessary. All official correspondence is housed in ePlan as well. |

Instructions and Reference Notes

**Department Of Children's Services Education Division (970) State Agency - FY 2025 - 3. Level 3 Results-Based Monitoring - Rev 0**

**Instructions**

Each LEA-level page of the instrument is divided into sections. Please read each section's instructions (below) thoroughly prior to uploading or responding to questions. After responding to all areas, use the Validations column of the Sections page to confirm all items were completed. To access site-level (school-level) pages, please use the drop-down box at the top of the Sections page to access schools/sites/facilities. For sites (schools), only the Site-Level area must be completed. Take the time to confirm each uploaded document is accurate and complete. Once the LEA and school users have completed their entry, the LEA IDEA director, ESEA director, CTE director, fiscal representative, and director of schools (authorized representative) (in this order) must return to the Sections page to change the status to submit the pre-visit work to the department. Pre-work is due 10 business days prior to the first day of the scheduled on-site visit.

For the purposes of program monitoring (ESSA, IDEA, Perkins V, ESSER, etc.), please upload the most recent *completed* year documentation. If an item is possibly out of compliance, please upload the current documentation if an item or items have been corrected. For the purposes of fiscal/cross-cutting upload requirements, please upload *the current fiscal year* documentation, unless otherwise noted in the title of the upload.

**Documentation**

- Most pages within this instrument require LEAs to upload evidence.
- Next to each item, a minimum upload count is listed, and at least the minimum number of documents must be uploaded.
    - o If there is more than one item to upload, continue to add items in the most appropriate area of the page until the proper evidence has been provided.
- Do not upload Personally Identifiable Information (PII)*.

*Personally Identifiable Information (PII). The term "PII," as defined in OMB Memorandum M-07-1616, refers to information that can be used to distinguish or trace an individual's identity, either alone or when combined with other personal or identifying information that is linked or linkable to a specific individual. Redacting PII means removing any information that could potentially identify a specific individual before submitting the data in ePlan. Before uploading redacted information, confirm that the personally identifiable information cannot be discerned. Please minimize the use of black/dark pens or markers to redact information as information is typically viewable through the marks.

*Please avoid using the Related Documents pages as they summarize an entire section's worth of uploads, which may include documents on pages that were marked Not Applicable (N/A).*

**Practices**

- Most pages within this instrument require responses to short questions or statements.
- Next to each item, use the drop down box to choose from the list.
- Some sections require users to choose between "Agree" and "Disagree."


Case 3:24-cv-00777 Document 169-56 Filed 06/30/26 Page 5 of 70 PageID #: 2098

- Some sections require users to choose between "Agree" and "Disagree."
  - o If a user chooses "Agree," there is no need to justify the response.
  - o If a user chooses "Disagree," a short justification must be provided in the small text box under the question.
- Some sections require users to choose between "Yes" and "No."
  - o If a user chooses "Yes," there is no need to justify the response.
  - o If a user chooses "No," a short justification must be provided in the small text box under the question.
- Some "Pre-visit: Practices" areas within the instrument may have an option to choose "Not Applicable" or "N/A."
  - o Users should select N/A instead of "Disagree" when the LEA or school does not participate in a particular program or does not utilize the mentioned strategy.
  - o Users should select N/A instead of "No" when the LEA or school does not participate in a particular program or does not utilize the mentioned strategy.

**Narratives**

- Several pages within this instrument require responses to questions or statements in an open response text box.
- Please read each question or statement thoroughly and respond with enough information to address all elements of the question or statement.
- These text boxes are HTML enabled, meaning that users have the ability to: bold, italicize, or underline font; change the font size or color; add bullets or numbers to lists; and use other options in the menu to add emphasis or bring attention to specific parts of the answer.
- If additional information is needed, please upload a companion document in the most appropriate area on the Related Documents page, and communicate the name of the upload in the response area.

If you have questions, please click "Help for this page" on the left navigation bar for contact information.

**Department Of Children's Services Education Division (970) State Agency - FY 2025 - 3. Level 3 Results-Based Monitoring - Rev 0**

| | |
|---|---|
| **ACEs** | Adverse Childhood Experiences |
| **APR** | Annual Performance Report |
| **BHN** | Black/Hispanic/Native American |
| **BID** | Best Interest Determination |
| **BIP** | Behavioral Intervention Plan |
| **BOE** | Board of Education |
| **CCEIS** | Comprehensive Coordinated Early Intervening Services |
| **CCR** | College and Career Readiness |
| **CEIS** | Coordinated Early Intervening Services |
| **CFA** | Consolidated Funding Application |
| **CFR** | Code of Federal Regulations |
| **CLNA** | Comprehensive Local Needs Assessment |
| **COA** | Council on Accreditation |
| **COB** | Country of Birth |
| **COE** | Certificate of Eligibility |
| **CSPR** | Consolidated State Performance Report |
| **CTE** | Career and Technical Education |
| **CTSO** | Career and Technical Student Organization |
| **DC** | Dual Credit |
| **DE** | Data error made by LEA or LEA SIS package |
| **DE** | Dual Enrollment |
| **ED** | Economically Disadvantaged |
| **EDGAR** | Education Department General Administrative Regulations |
| **EHCY** | Education for Homeless Children and Youths |
| **EIS** | Early Intervening Services |
| **EIS** | Education Information System |

| | |
|---|---|
| **EL** | English Learner |
| **EPSO** | Early Postsecondary Opportunity |
| **ESEA** | Elementary and Secondary Education Act as amended by the Every Students Succeeds Act |
| **ESL** | English as a Second Language |
| **ESP** | Educational Service Plan |
| **ESSA** | Every Student Succeeds Act |
| **ESY** | Extended School Year |
| **FBA** | Functional Behavior Assessment |
| **FERPA** | Family Educational Rights and Privacy Act |
| **FPO** | Division of Federal Programs and Oversight |
| **FTE** | Full Time Equivalent |
| **HLS** | Home Language Survey |
| **IAIEP** | Instructionally Appropriate IEP |
| **ILP** | Individual Learning Plans |
| **JDC** | Juvenile Detention Center |
| **LEA** | Local Education Agency |
| **LRE** | Least Restrictive Environment |
| **MAG** | Measurable Annual Goal(s) |
| **MDE** | Minimum Data Elements |
| **MOE** | Maintenance of Effort |
| **MOU** | Memorandum of Understanding |
| **MPSG** | Measurable Postsecondary Goals |
| **MSIX** | Migrant Student Records Exchange Initiative |
| **MV** | McKinney-Vento |
| **N/A** | Not Applicable |
| **N/I** | American Indian or Alaskan Native |
| **OS** | (Migrant) Occupational Survey |
| **OT** | Occupational Therapy |
| **PAR** | Personnel Activity Report |
| **PD** | Professional Development |

| | |
|---|---|
| **PII** | Personally Identifiable Information |
| **PLEP** | Present Levels of Performance |
| **POC** | Point of Contact |
| **POS** | Program of Study |
| **PT** | Physical Therapy |
| **QAD** | Qualifying Arrival Date |
| **RBM** | Results-Based Monitoring |
| **RTI$^2$** | Response to Instruction and Intervention |
| **SBE** | State Board of Education |
| **SEBSA** | Special Education Behavior Supports Act |
| **SIP** | School Improvement Plan |
| **SIS** | Student Information System |
| **SSEER** | State Special Education Expenditure Report |
| **SSQI** | Size, Scope, and Quality Indicators |
| **SW** | School Wide |
| **SWD** | Student with Disabilities |
| **T.C.A.** | Tennessee Code Annotated |
| **TA** | Targeted Assistance |
| **TDCS** | Tennessee Department of Children's Services |
| **TDOE** | Tennessee Department of Education (department) |
| **TEIS** | Tennessee Early Intervention System |
| **TVAAS** | Tennessee Value-added Assessment System |
| **WBL** | Work-Based Learning |
| **WIOA** | Workforce Innovation and Opportunity Act |
| **UGG** | Uniform Grants Guidance |
| **USP** | Universal Screening Procedure |

| | |
|---|---|
| LEA: IDEA Alternative Education Oversight | ○○○○○ |
| LEA: IDEA Virtual School Oversight | ○○○○○ |
| **Strengthening Career and Technical Education for the 21st Century Act (Perkins V)** | |
| LEA: Perkins V Cross-Cutting | ●○○○○ |
| LEA: Perkins V Effective Educators | ●○○○○ |
| LEA: Perkins V Students with Disabilities (SWDs) | ●○○○○ |
| LEA: Perkins V Students in Special Populations (Non-SWD Subgroups) | ●○○○○ |
| LEA: Perkins V Equitable Services to Non-Public Schools | ○○○○○ |
| LEA: Perkins V Charter Schools | ○○○○○ |
| **Relief Funding** | |
| LEA: ESSER 2.0 | ○○○○○ |
| LEA: ESSER 3.0 | ○○○○○ |
| **Students Served by Neglected and/or Delinquent Programs** | |
| LEA: ESSA Title I, Part A — Neglected | ○○○○○ |
| LEA: ESSA Title I, Part D, Subpart 1 — State Agencies | ●○○○○ |
| LEA: ESSA Title I, Part D, Subpart 2 — LEAs | ○○○○○ |
| LEA: Juvenile Detention Center(s) | ○○○○○ |
| **Fiscal Oversight** | |
| LEA: General Fiscal | ●○○○○ |
| LEA: Compensation | ●○○○○ |
| LEA: Travel | ●●●○○ |
| LEA: Equipment | ●○○○○ |
| LEA: Procurement and Contracts | ●○○○○ |
| LEA: ESSA Use of Funds | ●○○○○ |
| LEA: IDEA Use of Funds | ●○○○○ |
| LEA: Perkins V Use of Funds | ●○○○○ |
| LEA: ESSER 3.0 Use of Funds | ○○○○○ |
| LEA: Fiscal Confirmation of Completion | ○○○○○ |
| **Other** | |
| Other | ○○○○○ |

| | |
|---|---|
| **LEA: Cross-Cutting Initiatives** | ●●●○○ |



Case 3:24-cv-00777 Document 169-56 Filed 06/30/26 Page 10 of 70 PageID #: 2103

TDOE0003696

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Cross-Cutting > LEA: Cross-Cutting Initiatives |
| **Summary** | It is recommended the LEA level staff review the contacts in the FY25 CFA and ensure they are accurate. For example, the migrant contact is incorrect. The contacts page is critical for emails sent from FPO. |

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Cross-Cutting > LEA: Cross-Cutting Initiatives |
| **Summary** | It is recommended the federal program director attend all relevant office hours, such as, but not limited to seasonal weekly FPO office hours for any ESSA related questions and the monthly ESL office hours. It is further recommended for other program directors to attend office hours, regional conferences, and state-wide institutes to increase understanding of programmatic requirements, implementation methods, and data-driven decision making. |

**LEA: ESSA Title I, Part C—Education of Migratory Children**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title I, Part C—Education of Migratory Children |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under Title I, Part C, it states and LEAs must identify and serve migratory children and youth (ESSA § 1303). The written response provided in the monitoring instrument referred to an outdated process that included the former state contractor. This does not show a clear understanding of the processes associated with the required identification of migratory students. The LEA must update its written process to align with current practices and share the updated process with its schools. |
| **Action(s) Required** | 1) Revise/Develop a written process outlining how the Occupational Survey will be administered, collected, retained, and processed.<br>**Documentation:** Written Process — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 12/13/2024<br>**On-Time:** No<br><br>2) Train all applicable staff on the process.<br>**Documentation:** Proof of Training — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 1/24/2025<br>**On-Time:**<br><br>3) Identify all students served by the LEA and whether any student meets the definition of migratory children and youth.<br>**Documentation:** Proof School Information System Has Capability of Capturing Migrant Codes **Documentation Approved:** |

| | |
|---|---|
| | No documentation has been uploaded.<br>List of Student IDs Identified as Migrant<br>No documentation has been uploaded.<br>**Deadline:** 1/24/2025<br>**On-Time:** |

**LEA: ESSA Title III, Part A—English Language Acquisition**

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19-.04, LEAs shall inform parents about identification, screening, and service delivery, including the ESL program type to be used; the length of time expected for completion of ESL services; how the EL student was assessed for entrance to services, options related to program types; their right to waive placement of their student in ESL programs; their right to remove their student from Direct ESL Service at any time; and the scaffolding and accommodations to be provided in the general education setting via Indirect ESL Services if the parent(s) or guardian(s) waive Direct ESL Services. The uploaded document stated there were no ELs, but this template is required. |
| **Action(s) Required** | 1) The LEA must create the parent notification template to include all required components.<br>**Documentation:** **Documentation Approved:**<br>Parent Notification Template<br>No documentation has been uploaded.<br>**Confirmation Item:** **Confirmed:**<br>Upon approval of the template by TDOE, confirmation this information was shared with the relevant school staff such as the ESL teacher and Principal<br>**Deadline:** 12/02/2024<br>**On-Time:** No |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-19-01-.03(1), each LEA shall administer a Home Language Survey (HLS) within thirty (30) days of initial enrollment to identify NELB Students. An HLS should be completed only once in a student's educational career. If the student has previously attended another LEA, the receiving school or LEA shall attempt to obtain the original HLS from the sending LEA. If the receiving LEA cannot obtain the original HLS after reasonable attempts to do so, it may re-administer the HLS, but shall mark it as a secondary HLS. If the original is found, it shall replace the secondary HLS in the student's file. Cumulative file reviews at all the monitored schools showed the Barbara Ward Cooper Education Center completed a second copy due to the time it takes to receive files. Note if the school cannot obtain the original HLS after reasonable attempts to do so, it may re-administer the HLS, but shall mark it as a secondary HLS. If the original is found, it shall replace the secondary HLS in the student's file. |

| | |
|---|---|
| **Action(s) Required** | 1) Develop a written process to be followed at all schools that outlines the steps to be taken to (1) administer, (2) process, (3) and retain/archive the HLS per TN SBE Rule 0520-19-01-.03(1).<br>**Documentation:** Written Process — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 11/25/2024<br>**On-Time:** No<br><br>2) Train applicable staff on the process at all schools. At a minimum, this should include principal, any school leaders, and ESL teacher. This training should not take place until TDOE has reviewed and approved the submitted written process.<br>**Documentation:** Proof of Training (distribution list and acknowledgment for each person trained if shared virtually; meeting agendas, materials, and sign-in sheets if in-person) — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br><br>3) Conduct an audit of HLSs at the school to ensure that only one HLS is on file for each student. Provide a written assurance signed by the director of schools, federal programs director, and principal that all student files have been corrected to ensure the process in TN SBE 0520-01-19 has been followed.<br>**Confirmation Item:** Written Assurance **Confirmed:** ☐<br>**Deadline:** 1/17/2025<br>**On-Time:** |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19, EL student identification is a two (2)-step process that must be completed only as detailed in the rule. Within the monitoring instrument the LEA states, that if a "student has not been identified as an EL student, eligibility would be determined by classroom observation, grades, transcripts, benchmark testing, Exact Path, etc.". This does not show a clear understanding of the required identification process. Further, based on interviews with LEA staff. there is no clear process for the LEA to identify or locate where ESL students are housed within the LEA. The LEA must develop a written process clearly outlining the steps for EL identification including information about how the LEA is notified and aware of EL students' status in its facilities. |
| **Action(s) Required** | 1) Develop a written process that outlines the steps taken to identify EL students as specified under TN SBE Rule 0520-01-19. The process must contain (1) detailed descriptions of each step including the person(s) responsible for both newly identified ELs as well as ELs previously identified by their home LEA and (2) details of how and when the schools/facilities will notify the LEA of EL students' status/location and vice versa.<br>**Documentation:** **Documentation Approved:** |

| | |
|---|---|
| | Written process<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No<br>2) Identify all EL students served by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Proof School Information System Has Capability of Capturing EL Codes<br>No documentation has been uploaded.<br>List of Student IDs Identified as EL<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br>3) Upload five (5) EL student schedules using TDOE's template,<br>**Documentation:** **Documentation Approved:**<br>EL Student Schedules (5)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19-.03(d), all LEAs must adopt and implement an oversight plan that outlines the development, implementation, and monitoring of ILPs including, at minimum, (1) the development of ILPs; (2) the monitoring of ILPs quarterly; (3) the provision of intensified support for ELs not meeting growth expectations; (4) annual review and revision of ILPs; (5) parental communication and involvement in the ILP process; (6) the seamless coordination of services and supports for ELs with disabilities and/or Characteristics of Dyslexia; (7) training for teachers providing Direct or Indirect Services; and (8) the sufficient staffing and resources required to support the development and implementation of all ILPs. While the LEA uploaded an oversight plan, based on staff interviews and reviews of ILPs in TN PULSE, the oversight plan is not being implemented with fidelity. Reviewed ILPs in TN PULSE were incomplete, outdated, and did not contain the proper elements. |
| **Action(s) Required** | 1) Conduct an audit of all ILPs in TN PULSE and upload an assurance that all ELs have a current and updated ILP.<br>**Documentation:** **Documentation Approved:**<br>Written Assurance signed by the Title III director and federal programs director<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No |

| | |
|---|---|
| | 2) Upload samples of five (5) updated and complete ILPs.<br>**Documentation:** **Documentation Approved:**<br>Updated ILPs (PII redacted)<br>No documentation has been uploaded.<br>**Deadline:** 1/24/2025<br>**On-Time:**<br><br>3) Upload evidence of ILP monitoring as specified in the LEA's oversight plan.<br>**Documentation:** **Documentation Approved:**<br>Evidence of ILP Monitoring<br>No documentation has been uploaded.<br>**Deadline:** 5/15/2025<br>**On-Time:** |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule, 0520-01-19-.03(8), LEAs shall ensure that all teachers who provide Direct or Indirect ESL Services are annually trained in delivering ESL instruction. At a minimum, this training shall include, but not be limited to: (a) The Tennessee English language development (ELD) standards, (b) Appropriate ESL instructional methods to use with grade-level academic content standards in English language arts, mathematics, science and social studies; (c) English language acquisition training for general education teachers to understand the process of acquiring a second or subsequent language; (d) Strategies for collaboration between teachers serving EL students so that ILPs are developed and implemented by all educators; and (e) The requirements regarding ILP development and implementation. Based on staff interviews, both LEA and school staff lack training in the required elements in the aforementioned rule. |
| **Action(s) Required** | 1) LEA-level staff responsible for ESL must participate in state training including ESL instructional practices, program evaluation, and the requirements in TN SBE Rule 0520-01-19.<br>**Confirmation Item:** **Confirmed:**<br>Confirmation that the LEA Contacted Hannah.Gribble@tn.gov to Schedule Training.<br>**Deadline:** 11/22/2024<br>**On-Time:** No<br><br>2) The LEA must develop training for direct and indirect teachers for ESL students that includes the requirements in TN SBE Rule 0520-01-19.<br>**Documentation:** **Documentation Approved:**<br>Training Materials to be Approved by TDOE Before Delivery<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br><br>3) Upon approval from TDOE, train all direct and indirect teachers for ESL students on the required trainings. |

**Documentation:** | **Documentation Approved:**

Proof of Training (distribution list and acknowledgment for each person trained if shared virtually; meeting agendas, materials, and sign-in sheets if shared in person)

No documentation has been uploaded.

**Deadline:** 1/10/2025

**On-Time:** No

4) The Title III Director must schedule monthly meetings with TDOE to plan and improve ESL programming.

| Documentation: | Documentation Approved: |
|---|---|
| Meeting Notes with Attendance Signatures for December<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for January<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for February<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for March<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for April<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for May<br>No documentation has been uploaded. | |

**Deadline:** 5/30/2025

**On-Time:**

**LEA: ESSA Title III—Immigrant Students**

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III—Immigrant Students |
| **Summary** | It is recommended the LEA update their immigrant procedures to include the full context of the definition of immigrant and train the school-level relevant staff. The definition is: age 3 through 21; were not born in any State; and have not been attending one or more schools in any one or more States for more than 3 full academic years.<br>Note: "State" is defined in § 3201(13) of the Elementary and Secondary Education Act (ESEA) to include the 50 states, the District of Columbia, and Puerto Rico. Therefore, students born in Puerto Rico may not be included as "immigrant" students under Title III. |

**LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility**

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the uploaded documentation and conversations during the on-site monitoring, there is inadequate evidence that the LEA has a policy to ensure that all children with disabilities have available to them a free appropriate public education that emphasizes special education and related services designed to meet their unique needs and prepare them for further education, employment, and independent living as required in 34 C.F.R. § 300.17. |
| **Action(s) Required** | 1) Develop a written policy to ensure FAPE for students with disabilities for implementation of the provision of special education and related services.<br>**Documentation:** **Documentation Approved:**<br>Written LEA FAPE Policy<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon state approval of revised written policy, provide training to special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of attendance that includes name, position and building.<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

**Corrections Needed**

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on uploaded documentation, there is inadequate evidence the LEA has written procedures for implementation of the provision of special education and related services consistent with TN SBE Rule 0520-01-09-.09(1)(g). |
| **Action(s) Required** | 1) Develop written procedures for Evaluation/Reevaluation and Determination of Eligibility Procedure requirements. Procedures must also include the LEAs plan of oversight.<br>**Documentation:** **Documentation Approved:**<br>Written Procedure: Evaluation/Reevaluation and Determination of Eligibility Procedure<br>No documentation has been uploaded. |

**Deadline:** 1/10/2025

**On-Time:** No

2) Develop written procedures for IEP procedures. These need to also include the LEAs plan of oversight.

| Documentation: | Documentation Approved: |
| --- | --- |
| Written Procedure: IEP Procedures<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

3) Develop written procedures for Goals for Performance of Children with Disabilities through School Improvement Planning.

| Documentation: | Documentation Approved: |
| --- | --- |
| Written Procedure: Goals for Performance of Children with Disabilities through School Improvement Planning<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

4) Develop written procedures for Maintenance of Effort.

| Documentation: | Documentation Approved: |
| --- | --- |
| Written Procedure: MOE<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

5) Develop written procedures for Confidentiality requirements.

| Documentation: | Documentation Approved: |
| --- | --- |
| Written Procedures: Confidentiality for Students with Disabilities<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

6) Upon state approval of written procedures, provide training to school-level administrators and special education teachers; and any other appropriate staff as determined by the LEA. The MOE training must include the special education director and finance administrators.

| Documentation: | Documentation Approved: |
| --- | --- |
| Training Materials<br>No documentation has been uploaded. | |
| Agenda<br>No documentation has been uploaded. | |
| Proof of Attendance (including name, position and building) | |

| | |
|---|---|
| | No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the uploaded documentation and conversations during the on-site monitoring, there is inadequate evidence that the LEA has written RTI procedures consistent with Tennessee's Response to Instruction and Intervention (RTI2) framework TN SBE Rule 0520-01-03-.03(6). |
| **Action(s) Required** | 1) Update RTI procedures to include universal screening process and progress monitoring for Reading, Math and Written Expression. Procedures should also include frequency of data meetings and reporting intervention progress monitoring to parents.<br>**Documentation:** **Documentation Approved:**<br>Updated Written RTI Procedures<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon state approval of revised written procedures, provide training to special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building.)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:**<br><br>3) Implement the newly developed RTI procedures and track/monitor appropriately.<br>**Documentation:** **Documentation Approved:**<br>Documentation of Intervention Procedures (without personal identifiable information to support the implementation of the new screening and intervention procedures)<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:** |

LEA: IDEA, Part B—Evaluations, Eligibility Determinations, IEPs, and Educational Placements

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Evaluations, Eligibility Determinations, IEPs, and Educational Placements |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on documentation from the uploads and interviews, there is insufficient evidence that the LEA has procedures to ensure when IEPs must be in effect as required in 34 CFR §300.323(d)(1)(2). Each teacher and provider must be informed of the specific accommodations, modifications, and supports that must be provided for the child in accordance with the IEP. |
| **Action(s) Required** | 1) Develop a procedure that clearly demonstrates that the accommodations and modifications in a student's IEP are understood and being provided by teacher(s) and provider(s).<br>**Documentation:** / **Documentation Approved:**<br>Written Procedures: Accommodations and Modifications<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon approval of revised written procedures, provide training to all school-level administrators, general education teachers and other appropriate LEA-level and school-level staff on the procedures.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |

| | |
|---|---|
| **Summary** | According to uploaded documentation and interview responses, there is a lack of evidence that the LEA has provided the required oversight to ensure the providers have followed procedures required under 34 CFR §300.323 as IEP services were not implemented as required for students. |
| **Action(s) Required** | 1) Provide the department with a spreadsheet containing the following information:<br>A. State ID numbers for students identified with an educational disability,<br>B. Required IEP services per IEP,<br>C. Required Provider for each service per IEP services page,<br>D. Current provider name,<br>E. Current provider's title,<br>F. Current provider's teaching license number for all services as they are being implemented currently.<br>G. Total Timeframe that services were not in compliance<br>H. Date of scheduled IEP meeting for any student that has not been provided services as required per IEP.<br>**Documentation:** **Documentation Approved:**<br>Spreadsheet of IEP Information<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Ensure IEP team meetings are scheduled for all students whose IEPs were not fully implemented as required. Provide copies of prior written notices (PII redacted, and state ID written on top) detailing all IEP team decisions regarding the need for compensatory services.<br>**Documentation:** **Documentation Approved:**<br>Prior Written Notice detailing IEP Team Decisions (redact PII and include State ID)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>3) Submit a spreadsheet which provides evidence that all required and identified compensatory hours were completed.<br>**Documentation:** **Documentation Approved:**<br>Spreadsheet with Student IDs and Dates/Times of Compensatory Services<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:**<br>4) Signed Assurance Statements that all required services were provided as listed on the spreadsheet.<br>**Documentation:** **Documentation Approved:**<br>Assurance Statement (signed by Director of Schools and Special Education Director)<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:** |

## Findings of Non-compliance

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on written responses, there is inadequate evidence the LEA has a written data review process to prevent or improve disparities in subgroups that have the potential to be significantly disproportionate consistent with 34 C.F.R. § 300.646. |
| **Action(s) Required** | 1) Develop a process used to identify students with disabilities in order to collect, disaggregate, and analyze data for gaps and to identify and remove barriers.<br>**Documentation:** / **Documentation Approved:**<br>Written Disproportionality Procedures<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the interview responses focused on disciplinary procedures, there is inadequate evidence that the LEA is following the process to ensure the protections that must be afforded to all students with disabilities ages 3-21, related to discipline, including those related to in-school suspension, a change of placement, manifestation determination, and provision of services beginning with the 11th cumulative day of removal, or a series of removals which constitute a pattern, in a school year (34 CFR § 300.530-300.536 and TN SBE Rule 0520-01-09-.24) |
| **Action(s) Required** | 1) Develop written procedures for discipline of students with disabilities that aligns with 34 CFR §§ 300.530 - 300.536. Authority of school personnel concerning the suspension and expulsion of students with disabilities. The procedures must also include requirements for FBA and BIPs.<br>**Documentation:** / **Documentation Approved:** |

| | |
|---|---|
| | Updated Written Procedures: Discipline Ages 3-21<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |
| | 2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

**LEA: IDEA State-Level Requirements**

| Corrections Needed | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA State-Level Requirements |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on uploaded documentation and interviews the LEA has a process to identify intellectually gifted students; however, the process does not follow current state guidance, per TN SBE Rule 0520-01-09-.05. |
| **Action(s) Required** | 1) Revise the Written Procedures for Gifted Screening.<br>**Documentation:** **Documentation Approved:**<br>Written Procedure: Gifted Screening<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Agenda |

| | |
|---|---|
| | No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**LEA: Perkins V Cross-Cutting**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Cross-Cutting |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based upon the provided documentation and the conversations held with the LEA, there is no evidence that all required stakeholder groups have been involved in informing the development of the CLNA and CTE Local Application.<br><br>According to Perkins V §134(d), all required stakeholder groups as outlined in Perkins V must be consulted on the creation of the CLNA and local application. Required stakeholder groups include secondary and postsecondary educators, administrators and other support staff; state or local workforce development boards; business and industry representatives; parents and students; representatives of special populations; representatives of agencies serving out-of-school youth, homeless children and youth, and at-risk youth; representatives of Indian Tribes and Tribal organizations in the state (where applicable); and any other stakeholders required by the eligible agency. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Cross-Cutting |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based upon documentation provided and the conversations held with the LEA, the LEA does not currently have a plan in place to increase work-based learning opportunities for CTE concentrators.<br><br>According to Perkins V §124(b)(18), the State leadership activities described in subsection (a) may include support for establishing and expanding work-based learning opportunities that are aligned to career and technical education programs and programs of study. Additionally, according to Perkins V §134(b)(6) an LEA must provide a description of the work-based learning opportunities that the eligible recipient will |

| | |
|---|---|
| | provide to students participating in career and technical education programs and how the recipient will work with representatives from employers to develop or expand work-based learning opportunities for career and technical education students. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

**LEA: Perkins V Effective Educators**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Effective Educators |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the information provided and conversations held, the LEA did not meet the requirements for professional development as defined in Perkins V §3(40) and as described in Perkins V §135(b)(2). According to Perkins V §135(b)(2), funds made available to eligible recipients under this part shall be used to support career and technical education programs that are of sufficient size, scope, and quality to be effective and that provide professional development for teachers, faculty, school leaders, administrators, specialized instructional support personnel, career guidance and academic counselors, or paraprofessionals. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Effective Educators |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the evidence reviewed and conversation held, the LEA did not provide PD evaluations completed by CTE educators after attending/receiving PD or training or a strong description of the process. The LEA lacks a detailed and ongoing evaluation process for PD |

| | |
|---|---|
| | offered using Perkins funding in order to ascertain effectiveness and viability towards POS improvement. According to Perkins §135(b), an LEA must regularly evaluate professional development in order to justify and ensure the PD meets the PD requirements as defined in Perkins V, and in order to ensure those opportunities are necessary and allocable. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

**LEA: Perkins V Students with Disabilities (SWDs)**

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | The LEA did not provide evidence training was provided to CTE teachers regarding serving students with disabilities or the legal requirements of IEPs. According to Perkins V §135(b)(2)(G), LEAs are required to use Perkins funds for the training of teachers, faculty, school leaders, administrators, specialized instructional support personnel, career guidance and academic counselors, or paraprofessionals, as appropriate, to provide appropriate accommodations for individuals with disabilities, and students with disabilities who are provided accommodations under the Rehabilitation Act of 1973 (29 U.S.C. 701 et seq.) or the Individuals with Disabilities Education Act. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the evidence reviewed, and the conversations held, the LEA did not provide evidence of and could not describe the academic counseling and career guidance for students, including students with disabilities, who are participants or concentrators in CTE programs of |

| | |
|---|---|
| | study. According to Perkins V §114(e)(7)(A), Perkins V §122(d)(9)(D), Perkins V §124(b)(5)(B), Perkins V §114(e)(7)(G)(I), and Perkins §134(b)(5)(C) and (D), the LEA must provide a plan for how it will provide equal and equitable access for students to CTE courses, programs, and programs of study. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to Perkins §134(c)(2)(E)(i), (ii), and (iii), the LEA CLNA is required to include a description of progress toward implementation of equal access to high-quality career and technical education courses and programs of study for all students, including strategies to overcome barriers that result in lower rates of access to, or performance gaps in, the courses and programs for special populations; providing programs that are designed to enable special populations to meet the local levels of performance; and (iii) providing activities to prepare special populations for high-skill, high-wage, or in-demand industry sectors or occupations in competitive, integrated settings that will lead to self-sufficiency. The LEA did not provide evidence or describe how this was taking place. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to the evidence provided, the LEA was unable to provide evidence or describe the process in which CTE students with disabilities are identified and how the data is analyzed for gaps and barriers. According to Perkins V §113(b)(4)(B)(ii), LEAs must identify students in special populations and disaggregate data for the subgroups of students described in ESEA §1111(h)(1)(C)(ii) and Perkins V §3(48). LEAs must also identify and quantify any disparities or gaps in performance as described in Perkins V §113(3)(C)(ii)(II) (including special populations as defined by Perkins V) and the performance of all CTE concentrators served by the LEA. |

| | |
|---|---|
| **Action(s) Required** | 1) Identify all students served by the LEA and whether any student meets the requirements of being in a 'special populations' subgroup as defined in Perkins V §3(48).<br>**Documentation:** **Documentation Approved:**<br>Proof School Information System Has Capability of Capturing Special Populations Codes<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No<br>2) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future.<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Summary** | Should the LEA reimplement Perkins V programming, it is recommended the LEA allocate funds and resources for student participation in career and technical student organizations to aid in the development of leadership skills, to increase awareness of careers, and to develop skill sets within the students' chosen programs of study, especially for students in special populations (there are often virtual options for participation). |

**LEA: Perkins V Students in Special Populations (Non-SWD Subgroups)**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students in Special Populations (Non-SWD Subgroups) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to the evidence provided, the LEA was unable to provide evidence or describe the process in which students in special populations are identified, and how the data is analyzed for gaps and barriers. According to Perkins V §113(b)(4)(B)(ii), LEAs must identify students in special populations and disaggregate data for the subgroups of students described in ESEA §1111(h)(1)(C)(ii) and Perkins V §3(48). LEAs must also identify and quantify any disparities or gaps in performance as described in Perkins V §113(3)(C)(ii)(II) (including special populations as defined by Perkins V) and the performance of all CTE concentrators served by the LEA. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future. |

| | | |
|---|---|---|
| | **Confirmation Item:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future.<br>**Deadline:** 12/31/2024<br>**On-Time:** No | **Confirmed:**<br>☐ |

**Size, Scope, and Quality Indicators**

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > Size, Scope, and Quality Indicators |
| **Summary** | Refer to the FY25 Size, Scope, and Quality Indicator (SSQI) monitoring instrument to review the monitoring result(s) for this topic/area. |

**LEA: ESSA Title I, Part D, Subpart 1 — State Agencies**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414(c)(9) states, the LEA must coordinate with other LEAs to facilitate the transition of children between the correctional facility and the LEA or alternative education program; and ESEA 1414(c)(13) states the LEA must assist in locating alternative programs for students to continue their education. During the monitoring process, no evidence was presented to confirm that these requirements have been met despite 15% of the Title I D budget set aside for transitional services. |
| **Action(s) Required** | 1) Develop written procedures ensuring transition services for all students exiting the correctional facility.<br>**Documentation:** / **Documentation Approved:**<br>Procedures<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br><br>2) Upon approval of procedures, provide evidence of transition services.<br>**Documentation:** / **Documentation Approved:**<br>Evidence of Transition Services<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |

| | |
|---|---|
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1118(b)(1) requires that Title I funds be used only to supplement the funds that would, in the absence of Title I funds, be made available from state and local sources for the education of students participating in a Title I program. During the onsite visit, the principal demonstrated a fundamental lack of understanding of rules and regulations regarding federal funding. |
| **Action(s) Required** | 1) Under the supervision of the Tennessee Department of Education, the regional contractor's administration, facility administration, and education administration at the facility must meet with the LEA to remediate the contractor's understanding through training of the supplement, not supplant provision as outlined in ESEA §1118(b).<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414(c)(1) requires that an LEA must administer a needs assessment at the time of completing the consolidated funding application (CFA) to identify the academic needs of the students receiving services, and then the LEA must use the needs assessment to drive the Title I, Part D, Subpart 1 funding. During the onsite interviews, the school staff reported they were unaware of the process to complete the needs assessment and did not understand the alignment of the needs assessment to the CFA. The lack of understanding of the facilitation of the programming has caused a lack of continuity in programming across the LEA and schools. |
| **Action(s) Required** | 1) THE LEA Title I Part D coordinator must immediately train the appropriate school staff on all policies/procedures pertaining to the facilitation of the Title I Part D program and reporting requirements.<br>**Documentation:** **Documentation Approved:**<br>Training materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |

| | |
|---|---|
| **Summary** | Barbara Ward Cooper Education Center does not have a comprehensive process to collect 90-day post-discharge outcomes for the Consolidated State Performance Report (CSPR) data, as required by ESSA §1431(a). All facilities receiving Title I, D and Title I, Part A-Neglected funds must attempt to collect 90-day post-discharge outcomes as part of the CSPR process. |
| **Action(s) Required** | 1) The facility must develop a written procedure for collecting 90-day post-discharge CSPR outcomes for students<br>**Documentation:** **Documentation Approved:**<br>Process/Procedure for Collecting 90-Day Post-Discharge CSPR Outcomes<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) Upon state approval of procedures, the facility must upload evidence of the facilitation of the procedure.<br>**Documentation:** **Documentation Approved:**<br>Evidence<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | According to ESSA §8303, an LEA must annually collect and submit program participation data to the State as a recipient of Title I, Part D funds, including data that are required through EDFacts and the Consolidated State Performance report. During the on-site visit, Barbara Ward Cooper Education Center was unable to identify a process for collecting the appropriate data. |
| **Action(s) Required** | 1) Develop a written procedure for collecting all applicable data for students.<br>**Documentation:** **Documentation Approved:**<br>Procedure for Collecting Student Data<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) Upon approval of the procedures, provide evidence of the collected data.<br>**Documentation:** **Documentation Approved:**<br>Evidence of the Collected Data<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414 enumerates 19 required elements of state agency applications, including a description of the program, including a budget, with annual updates provided to the state educational agency. Additionally, 34 C.F.R. §76.708 requires approval of the application prior to obligation of funds. The Department of Children's Services entered into a contract with Wayne Academy approving contracted personnel for Wayne Academy Davidson (Standing Tall) and Wayne Academy Mountain View without approval from the Tennessee Department of Education. |
| **Action(s) Required** | 1) The Agency must revise the Consolidated Funding Application to reflect the agreement with Wayne Academy.<br>**Documentation:** **Documentation Approved:**<br>Screenshot of the CFA Approval<br>No documentation has been uploaded.<br>**Deadline:** 11/08/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1431 requires the collection of achievement data and multiple, appropriate measures of student progress for all programs designed for neglected and delinquent children and youth. Programs must be designed with the expectation that all students will have the opportunity to meet the same challenging state academic content that all children in the state are expected to meet. Barbara Ward Cooper Education Center does not have a comprehensive assessment tool that measures the academic achievement of all students. |
| **Action(s) Required** | 1) The LEA must acquire a comprehensive assessment program to measure academic achievement and monitor the academic progress of all students.<br>**Documentation:** **Documentation Approved:**<br>Evidence of Purchase/Acquisition<br>No documentation has been uploaded.<br>Evidence of Use of Assessment Program<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414 (c)(1) states the LEA must assess the educational needs of the children served and provide for such assessment upon entry in the facility; Also, ESSA §1431(d) states that the state agency shall use results of evaluations to plan and improve subsequent programs for |

| | |
|---|---|
| | participating children and youth. During the monitoring, no evidence was provided of the LEAs use of performance measures to assess the impact on student achievement. Therefore, there is no process to evaluate the effectiveness of the funding. |
| **Action(s) Required** | 1) The LEA must immediately choose/purchase a program to administer the appropriate assessments.<br>**Documentation:** **Documentation Approved:**<br>Evidence of Assessment Program Chosen/Purchased<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) The principal must schedule monthly data meetings to review the assessments to plan and improve subsequent programming.<br>**Documentation:** **Documentation Approved:**<br>Data meeting notes with attendance signatures for December<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for January<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for February<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for March<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for April<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for May<br>No documentation has been uploaded.<br>**Deadline:** 5/30/2025<br>**On-Time:** |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESEA §1414(c)(10) states that the LEA assures appropriate professional development is provided to teachers and other staff. During the onsite interviews, it was stated multiple times by staff that they do not have access to professional development due to travel authorization and reimbursement issues. |
| **Action(s) Required** | 1) DCS must develop a written plan to provide professional development to the DCS staff and LEA leadership.<br>**Documentation:** **Documentation Approved:**<br>Professional Development Plan<br>No documentation has been uploaded. |

| | |
|---|---|
| | **Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon approval of the written plan, provide evidence of PD provided to teachers<br>**Documentation:** **Documentation Approved:**<br>Evidence of PD Provided<br>No documentation has been uploaded.<br>**Deadline:** 2/07/2025<br>**On-Time:** |

**LEA: General Fiscal**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: General Fiscal |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.303(a), the non-federal entity must establish and maintain effective internal control over the Federal award that provides reasonable assurance that they are managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. Though none were provided in the instrument, the Agency has state and agency policies that it follows but does not have a Uniform Guidance (UGG) document. Agency policies lack some of the detail needed to ensure staff and outside individuals know what policies and procedures are used to manage federal funds. |
| **Action(s) Required** | 1) Develop a Uniform Guidance (UGG) document that meets the requirements set forth in the Education Department General Administrative Regulations (EDGAR). Topics must include but are not limited to: financial management, cash management, procurement, inventory management, time and effort, and allowability of costs.<br>**Documentation:** **Documentation Approved:**<br>Uniform Guidance (UGG) document<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: General Fiscal |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.302(b), each non-Federal entity must provide accurate, current, and complete disclosure of the financial results of each Federal award or program and a comparison of expenditures with budget amounts for each Federal award. The Agency did not provide a statement of expenditure for any Federal awards. This report is needed to verify accuracy of individual grant budgets and expenditures in the Agency's accounting system. Therefore, a determination of compliance could not be made. |
| **Action(s) Required** | 1) The Agency must provide a current statement of expenditures with budget amounts for each Federal award. |

| | |
|---|---|
| | **Documentation:** **Documentation Approved:**<br>Title I, Part D Statement of Expenditures<br>No documentation has been uploaded.<br>Title II Statement of Expenditures<br>No documentation has been uploaded.<br>IDEA, Part B Statement of Expenditures<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

**LEA: Compensation**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Compensation |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.302(b)(5), the Agency must maintain expenditures in accordance with approved budgeted accounts for each Federal award. The Agency did not provide a current payroll report that includes all personnel paid with Federal funds. Therefore, a determination as to compliance to approved budget lines could not be made. |
| **Action(s) Required** | 1) The Agency must provide a current payroll report detailing all personnel paid with Federal funds.<br>**Documentation:** **Documentation Approved:**<br>Current Payroll Report<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Compensation |
| **Point of Contact** | Rob Mynhier |
| **Summary** | The Agency provided time and effort documentation for employees paid with IDEA, Part B funds, but did not provide time and effort for employees paid with Title I, Part D funds. Time and effort documentation should be captured for employees who are paid in whole or part with federal funds in accordance with 2 CFR §200.302 and 2 CFR §200.430. |
| **Action(s) Required** | 1) Provide time and effort documentation for employees paid with Title I, Part D funds for the period of January 1, 2024 through June 30, 2024.<br>**Documentation:** **Documentation Approved:**<br>Time and effort documentation<br>No documentation has been uploaded. |

| | |
|---|---|
| | **Deadline:** 11/22/2024<br>**On-Time:** No |

**LEA: Travel**

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Travel |
| **Summary** | Based on evidence reviewed during the monitoring and onsite interview, there are no compliance concerns with Perkins-related travel. However, no evidence of travel was provided for other programs. It is recommended that the LEA ensure appropriate professional development is provided to teachers and other staff, per ESEA §1411(c)(10). Refer to the finding of non-compliance noted in the section above, Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies. |

**LEA: Equipment**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Equipment |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.302(b)(4) and 2 CFR §200.313(d)(1), non-Federal entities must keep a documented inventory to maintain effective control over, and accountability for, all funds, property, and other assets. The inventory listing for all Federal awards was missing required information including blank spaces for location and did not include the FAIN for equipment purchased in the FY24 school year. When physical inventory was performed during on-site visits, only a fourth of the equipment selected was found. |
| **Action(s) Required** | 1) The Agency must complete a physical inventory for equipment funded with all Federal awards to account for all equipment on the inventory listing and provide evidence that the physical inventory was performed.<br>**Documentation:** / **Documentation Approved:**<br>Signed and Dated Proof of Physical Inventory<br>No documentation has been uploaded.<br>Updated Inventory List with All Required Information (including the FAIN)<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No<br>2) The Agency must complete an updated disposition list that addresses the reason equipment has been disposed.<br>**Documentation:** / **Documentation Approved:**<br>Signed and Dated Updated Disposition List<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

LEA: Procurement and Contracts

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Procurement and Contracts |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.319(a), all procurement transactions for the acquisition of property or services required under a Federal award must be conducted in a manner providing full and open competition. We were unable to verify whether the agency followed rules for open competition because documentation was not provided. |
| **Action(s) Required** | 1) The Agency must provide the requested documentation including supporting documentation for a micropurchase, a fully executed noncompetitive contract, a contract less that the Agency's bidding threshold, evidence of a fully executed formal procurement method/competitive contract, and evidence to support a purchase secured through a cooperative agreement.<br>**Documentation:** / **Documentation Approved:**<br>Supporting Documentation for a Micropurchase<br>No documentation has been uploaded.<br>Fully Executed Noncompetitive Contract (Sole Source)<br>No documentation has been uploaded.<br>Contract Less than the Agency's Bidding Threshold<br>No documentation has been uploaded.<br>Fully Executed Formal Procurement Method/Competitive Contract<br>No documentation has been uploaded.<br>Supporting Documentation for a Cooperative Agreement Purchase<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

LEA: ESSA Use of Funds

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: ESSA Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for three ESSA reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for three separate reimbursements, reconciling each reimbursement to the amount requested in ePlan from Title I, Part D. |

| | Documentation: | Documentation Approved: |
|---|---|---|
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | **Deadline:** 11/22/2024<br>**On-Time:** No | |

**LEA: IDEA Use of Funds**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: IDEA Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for two IDEA reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for two reimbursements, reconciling each reimbursement to the amount requested in ePlan from IDEA, Part B.<br>**Documentation:** / **Documentation Approved:**<br>Supporting documentation for one IDEA, Part B reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>Supporting documentation for one IDEA, Part B reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

LEA: Perkins V Use of Funds

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Perkins V Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for one Perkins V reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for one reimbursement, reconciling each reimbursement to the amount requested in ePlan from Perkins V.<br>**Documentation:** / **Documentation Approved:**<br>Supporting documentation for 1 Perkins V reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

**Department Of Children's Services Education Division (970) State Agency - FY 2025 - 3. Level 3 Results-Based Monitoring - Rev 0**

| | |
|---|---|
| **Overview** | |
| Assurances | ○○○○○ |
| Monitoring Logistics | ○○○○○ |
| Points of Contact | ○○○○○ |
| **Cross-Cutting** | |
| LEA: Cross-Cutting Initiatives | ●●●○○ |
| **Every Student Succeeds Act (ESSA)** | |
| LEA: ESSA Title I, Part A—Improving Basic Programs | ○○○○○ |
| LEA: ESSA Title I, Part A—Students in Foster Care | ○○○○○ |
| LEA: ESSA Title I, Part C—Education of Migratory Children | ●○○○○ |
| LEA: ESSA Title II, Part A—Supporting Effective Instruction | ○○○○○ |
| LEA: ESSA Title III, Part A—English Language Acquisition | ●●○○○ |
| LEA: ESSA Title III—Immigrant Students | ●●●○○ |
| LEA: Title IV, Part A—Student Support and Academic Enrichments | ○○○○○ |
| LEA: ESSA Title IX, Part A—Education for Homeless Children and Youth | ○○○○○ |
| LEA: ESSA Title I, Part A—Targeted Assistance School Improvement Plan Components | ○○○○○ |
| LEA: ESSA Title V, Part B—Rural Education Initiative | ○○○○○ |
| LEA: ESSA Equitable Services to Non-Public Schools | ○○○○○ |
| LEA: ESSA Charter School Oversight | ○○○○○ |
| LEA: ESSA Virtual School Oversight | ○○○○○ |
| **Individuals with Disabilities Education Act (IDEA)** | |
| LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility | ●○○○○ |
| LEA: IDEA, Part B—Evaluations, Eligibility Determinations, IEPs, and Educational Placements | ●○○○○ |
| LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info | ●○○○○ |
| LEA: IDEA State-Level Requirements | ●●○○○ |
| LEA: IDEA, Part B, Preschool | ○○○○○ |
| LEA: Adult Students Detained in Jails | ○○○○○ |
| LEA: IDEA Equitable Services to Non-Public Schools | ○○○○○ |
| LEA: IDEA Charter School Oversight | ○○○○○ |

| | |
|---|---|
| LEA: IDEA Alternative Education Oversight | ○○○○○ |
| LEA: IDEA Virtual School Oversight | ○○○○○ |

**Strengthening Career and Technical Education for the 21st Century Act (Perkins V)**

| | |
|---|---|
| LEA: Perkins V Cross-Cutting | ●○○○○ |
| LEA: Perkins V Effective Educators | ●○○○○ |
| LEA: Perkins V Students with Disabilities (SWDs) | ●○○○○ |
| LEA: Perkins V Students in Special Populations (Non-SWD Subgroups) | ●○○○○ |
| LEA: Perkins V Equitable Services to Non-Public Schools | ○○○○○ |
| LEA: Perkins V Charter Schools | ○○○○○ |

**Relief Funding**

| | |
|---|---|
| LEA: ESSER 2.0 | ○○○○○ |
| LEA: ESSER 3.0 | ○○○○○ |

**Students Served by Neglected and/or Delinquent Programs**

| | |
|---|---|
| LEA: ESSA Title I, Part A — Neglected | ○○○○○ |
| LEA: ESSA Title I, Part D, Subpart 1 — State Agencies | ●○○○○ |
| LEA: ESSA Title I, Part D, Subpart 2 — LEAs | ○○○○○ |
| LEA: Juvenile Detention Center(s) | ○○○○○ |

**Fiscal Oversight**

| | |
|---|---|
| LEA: General Fiscal | ●○○○○ |
| LEA: Compensation | ●○○○○ |
| LEA: Travel | ●●●○○ |
| LEA: Equipment | ●○○○○ |
| LEA: Procurement and Contracts | ●○○○○ |
| LEA: ESSA Use of Funds | ●○○○○ |
| LEA: IDEA Use of Funds | ●○○○○ |
| LEA: Perkins V Use of Funds | ●○○○○ |
| LEA: ESSER 3.0 Use of Funds | ○○○○○ |
| LEA: Fiscal Confirmation of Completion | ○○○○○ |

**Other**

| | |
|---|---|
| Other | ○○○○○ |

| | |
|---|---|
| **LEA: Cross-Cutting Initiatives** | ●●●○○ |

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Cross-Cutting > LEA: Cross-Cutting Initiatives |
| **Summary** | It is recommended the LEA level staff review the contacts in the FY25 CFA and ensure they are accurate. For example, the migrant contact is incorrect. The contacts page is critical for emails sent from FPO. |

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Cross-Cutting > LEA: Cross-Cutting Initiatives |
| **Summary** | It is recommended the federal program director attend all relevant office hours, such as, but not limited to seasonal weekly FPO office hours for any ESSA related questions and the monthly ESL office hours. It is further recommended for other program directors to attend office hours, regional conferences, and state-wide institutes to increase understanding of programmatic requirements, implementation methods, and data-driven decision making. |

**LEA: ESSA Title I, Part C—Education of Migratory Children**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title I, Part C—Education of Migratory Children |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under Title I, Part C, it states and LEAs must identify and serve migratory children and youth (ESSA § 1303). The written response provided in the monitoring instrument referred to an outdated process that included the former state contractor. This does not show a clear understanding of the processes associated with the required identification of migratory students. The LEA must update its written process to align with current practices and share the updated process with its schools. |
| **Action(s) Required** | 1) Revise/Develop a written process outlining how the Occupational Survey will be administered, collected, retained, and processed.<br>**Documentation:** Written Process — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 12/13/2024<br>**On-Time:** No<br><br>2) Train all applicable staff on the process.<br>**Documentation:** Proof of Training — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 1/24/2025<br>**On-Time:**<br><br>3) Identify all students served by the LEA and whether any student meets the definition of migratory children and youth.<br>**Documentation:** Proof School Information System Has Capability of Capturing Migrant Codes **Documentation Approved:** |

| | |
|---|---|
| | No documentation has been uploaded.<br>List of Student IDs Identified as Migrant<br>No documentation has been uploaded.<br>**Deadline:** 1/24/2025<br>**On-Time:** |

**LEA: ESSA Title III, Part A—English Language Acquisition**

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19-.04, LEAs shall inform parents about identification, screening, and service delivery, including the ESL program type to be used; the length of time expected for completion of ESL services; how the EL student was assessed for entrance to services, options related to program types; their right to waive placement of their student in ESL programs; their right to remove their student from Direct ESL Service at any time; and the scaffolding and accommodations to be provided in the general education setting via Indirect ESL Services if the parent(s) or guardian(s) waive Direct ESL Services. The uploaded document stated there were no ELs, but this template is required. |
| **Action(s) Required** | 1) The LEA must create the parent notification template to include all required components.<br>**Documentation:** **Documentation Approved:**<br>Parent Notification Template<br>No documentation has been uploaded.<br>**Confirmation Item:** **Confirmed:**<br>Upon approval of the template by TDOE, confirmation this information was shared with the relevant school staff such as the ESL teacher and Principal<br>**Deadline:** 12/02/2024<br>**On-Time:** No |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-19-01-.03(1), each LEA shall administer a Home Language Survey (HLS) within thirty (30) days of initial enrollment to identify NELB Students. An HLS should be completed only once in a student's educational career. If the student has previously attended another LEA, the receiving school or LEA shall attempt to obtain the original HLS from the sending LEA. If the receiving LEA cannot obtain the original HLS after reasonable attempts to do so, it may re-administer the HLS, but shall mark it as a secondary HLS. If the original is found, it shall replace the secondary HLS in the student's file. Cumulative file reviews at all the monitored schools showed the Barbara Ward Cooper Education Center completed a second copy due to the time it takes to receive files. Note if the school cannot obtain the original HLS after reasonable attempts to do so, it may re-administer the HLS, but shall mark it as a secondary HLS. If the original is found, it shall replace the secondary HLS in the student's file. |

| | |
|---|---|
| **Action(s) Required** | 1) Develop a written process to be followed at all schools that outlines the steps to be taken to (1) administer, (2) process, (3) and retain/archive the HLS per TN SBE Rule 0520-19-01-.03(1).<br>**Documentation:** Written Process — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 11/25/2024<br>**On-Time:** No<br><br>2) Train applicable staff on the process at all schools. At a minimum, this should include principal, any school leaders, and ESL teacher. This training should not take place until TDOE has reviewed and approved the submitted written process.<br>**Documentation:** Proof of Training (distribution list and acknowledgment for each person trained if shared virtually; meeting agendas, materials, and sign-in sheets if in-person) — No documentation has been uploaded. **Documentation Approved:**<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br><br>3) Conduct an audit of HLSs at the school to ensure that only one HLS is on file for each student. Provide a written assurance signed by the director of schools, federal programs director, and principal that all student files have been corrected to ensure the process in TN SBE 0520-01-19 has been followed.<br>**Confirmation Item:** Written Assurance **Confirmed:**<br>**Deadline:** 1/17/2025<br>**On-Time:** |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19, EL student identification is a two (2)-step process that must be completed only as detailed in the rule. Within the monitoring instrument the LEA states, that if a "student has not been identified as an EL student, eligibility would be determined by classroom observation, grades, transcripts, benchmark testing, Exact Path, etc.". This does not show a clear understanding of the required identification process. Further, based on interviews with LEA staff. there is no clear process for the LEA to identify or locate where ESL students are housed within the LEA. The LEA must develop a written process clearly outlining the steps for EL identification including information about how the LEA is notified and aware of EL students' status in its facilities. |
| **Action(s) Required** | 1) Develop a written process that outlines the steps taken to identify EL students as specified under TN SBE Rule 0520-01-19. The process must contain (1) detailed descriptions of each step including the person(s) responsible for both newly identified ELs as well as ELs previously identified by their home LEA and (2) details of how and when the schools/facilities will notify the LEA of EL students' status/location and vice versa.<br>**Documentation:** **Documentation Approved:** |

| | |
|---|---|
| | Written process<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No<br><br>2) Identify all EL students served by the LEA.<br>**Documentation:** / **Documentation Approved:**<br>Proof School Information System Has Capability of Capturing EL Codes<br>No documentation has been uploaded.<br>List of Student IDs Identified as EL<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br><br>3) Upload five (5) EL student schedules using TDOE's template,<br>**Documentation:** / **Documentation Approved:**<br>EL Student Schedules (5)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule 0520-01-19-.03(d), all LEAs must adopt and implement an oversight plan that outlines the development, implementation, and monitoring of ILPs including, at minimum, (1) the development of ILPs; (2) the monitoring of ILPs quarterly; (3) the provision of intensified support for ELs not meeting growth expectations; (4) annual review and revision of ILPs; (5) parental communication and involvement in the ILP process; (6) the seamless coordination of services and supports for ELs with disabilities and/or Characteristics of Dyslexia; (7) training for teachers providing Direct or Indirect Services; and (8) the sufficient staffing and resources required to support the development and implementation of all ILPs. While the LEA uploaded an oversight plan, based on staff interviews and reviews of ILPs in TN PULSE, the oversight plan is not being implemented with fidelity. Reviewed ILPs in TN PULSE were incomplete, outdated, and did not contain the proper elements. |
| **Action(s) Required** | 1) Conduct an audit of all ILPs in TN PULSE and upload an assurance that all ELs have a current and updated ILP.<br>**Documentation:** / **Documentation Approved:**<br>Written Assurance signed by the Title III director and federal programs director<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No |

2) Upload samples of five (5) updated and complete ILPs.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Updated ILPs (PII redacted) | |
| No documentation has been uploaded. | |

**Deadline:** 1/24/2025

**On-Time:**

3) Upload evidence of ILP monitoring as specified in the LEA's oversight plan.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Evidence of ILP Monitoring | |
| No documentation has been uploaded. | |

**Deadline:** 5/15/2025

**On-Time:**

## Corrections Needed

| | |
| --- | --- |
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III, Part A—English Language Acquisition |
| **Point of Contact** | Hannah Gribble |
| **Summary** | Under TN SBE Rule, 0520-01-19-.03(8), LEAs shall ensure that all teachers who provide Direct or Indirect ESL Services are annually trained in delivering ESL instruction. At a minimum, this training shall include, but not be limited to: (a) The Tennessee English language development (ELD) standards, (b) Appropriate ESL instructional methods to use with grade-level academic content standards in English language arts, mathematics, science and social studies; (c) English language acquisition training for general education teachers to understand the process of acquiring a second or subsequent language; (d) Strategies for collaboration between teachers serving EL students so that ILPs are developed and implemented by all educators; and (e) The requirements regarding ILP development and implementation. Based on staff interviews, both LEA and school staff lack training in the required elements in the aforementioned rule. |
| **Action(s) Required** | 1) LEA-level staff responsible for ESL must participate in state training including ESL instructional practices, program evaluation, and the requirements in TN SBE Rule 0520-01-19.<br>**Confirmation Item:** / **Confirmed:**<br>Confirmation that the LEA Contacted Hannah.Gribble@tn.gov to Schedule Training. ☐<br>**Deadline:** 11/22/2024<br>**On-Time:** No<br>2) The LEA must develop training for direct and indirect teachers for ESL students that includes the requirements in TN SBE Rule 0520-01-19.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials to be Approved by TDOE Before Delivery<br>No documentation has been uploaded.<br>**Deadline:** 12/20/2024<br>**On-Time:** No<br>3) Upon approval from TDOE, train all direct and indirect teachers for ESL students on the required trainings. |

**Documentation:** | **Documentation Approved:**

Proof of Training (distribution list and acknowledgment for each person trained if shared virtually; meeting agendas, materials, and sign-in sheets if shared in person)

No documentation has been uploaded.

**Deadline:** 1/10/2025

**On-Time:** No

4) The Title III Director must schedule monthly meetings with TDOE to plan and improve ESL programming.

| Documentation: | Documentation Approved: |
| --- | --- |
| Meeting Notes with Attendance Signatures for December<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for January<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for February<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for March<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for April<br>No documentation has been uploaded. | |
| Meeting Notes with Attendance Signatures for May<br>No documentation has been uploaded. | |

**Deadline:** 5/30/2025

**On-Time:**

**LEA: ESSA Title III—Immigrant Students**

| Improvements Recommended | |
| --- | --- |
| **Topic/Area** | Every Student Succeeds Act (ESSA) > LEA: ESSA Title III—Immigrant Students |
| **Summary** | It is recommended the LEA update their immigrant procedures to include the full context of the definition of immigrant and train the school-level relevant staff. The definition is: age 3 through 21; were not born in any State; and have not been attending one or more schools in any one or more States for more than 3 full academic years.<br>Note: "State" is defined in § 3201(13) of the Elementary and Secondary Education Act (ESEA) to include the 50 states, the District of Columbia, and Puerto Rico. Therefore, students born in Puerto Rico may not be included as "immigrant" students under Title III. |

**LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility**

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the uploaded documentation and conversations during the on-site monitoring, there is inadequate evidence that the LEA has a policy to ensure that all children with disabilities have available to them a free appropriate public education that emphasizes special education and related services designed to meet their unique needs and prepare them for further education, employment, and independent living as required in 34 C.F.R. § 300.17. |
| **Action(s) Required** | 1) Develop a written policy to ensure FAPE for students with disabilities for implementation of the provision of special education and related services.<br>**Documentation:** **Documentation Approved:**<br>Written LEA FAPE Policy<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon state approval of revised written policy, provide training to special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of attendance that includes name, position and building.<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

**Corrections Needed**

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on uploaded documentation, there is inadequate evidence the LEA has written procedures for implementation of the provision of special education and related services consistent with TN SBE Rule 0520-01-09-.09(1)(g). |
| **Action(s) Required** | 1) Develop written procedures for Evaluation/Reevaluation and Determination of Eligibility Procedure requirements. Procedures must also include the LEAs plan of oversight.<br>**Documentation:** **Documentation Approved:**<br>Written Procedure: Evaluation/Reevaluation and Determination of Eligibility Procedure<br>No documentation has been uploaded. |

**Deadline:** 1/10/2025

**On-Time:** No

2) Develop written procedures for IEP procedures. These need to also include the LEAs plan of oversight.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Written Procedure: IEP Procedures<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

3) Develop written procedures for Goals for Performance of Children with Disabilities through School Improvement Planning.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Written Procedure: Goals for Performance of Children with Disabilities through School Improvement Planning<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

4) Develop written procedures for Maintenance of Effort.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Written Procedure: MOE<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

5) Develop written procedures for Confidentiality requirements.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Written Procedures: Confidentiality for Students with Disabilities<br>No documentation has been uploaded. | |

**Deadline:** 1/10/2025

**On-Time:** No

6) Upon state approval of written procedures, provide training to school-level administrators and special education teachers; and any other appropriate staff as determined by the LEA. The MOE training must include the special education director and finance administrators.

| **Documentation:** | **Documentation Approved:** |
| --- | --- |
| Training Materials<br>No documentation has been uploaded. | |
| Agenda<br>No documentation has been uploaded. | |
| Proof of Attendance (including name, position and building) | |

| | |
|---|---|
| | No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| Corrections Needed | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—General, State Eligibility, & LEA Eligibility |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the uploaded documentation and conversations during the on-site monitoring, there is inadequate evidence that the LEA has written RTI procedures consistent with Tennessee's Response to Instruction and Intervention (RTI2) framework TN SBE Rule 0520-01-03-.03(6). |
| **Action(s) Required** | 1) Update RTI procedures to include universal screening process and progress monitoring for Reading, Math and Written Expression. Procedures should also include frequency of data meetings and reporting intervention progress monitoring to parents.<br>**Documentation:** **Documentation Approved:**<br>Updated Written RTI Procedures<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon state approval of revised written procedures, provide training to special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building.)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:**<br><br>3) Implement the newly developed RTI procedures and track/monitor appropriately.<br>**Documentation:** **Documentation Approved:**<br>Documentation of Intervention Procedures (without personal identifiable information to support the implementation of the new screening and intervention procedures)<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:** |

LEA: IDEA, Part B—Evaluations, Eligibility Determinations, IEPs, and Educational Placements

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Evaluations, Eligibility Determinations, IEPs, and Educational Placements |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on documentation from the uploads and interviews, there is insufficient evidence that the LEA has procedures to ensure when IEPs must be in effect as required in 34 CFR §300.323(d)(1)(2). Each teacher and provider must be informed of the specific accommodations, modifications, and supports that must be provided for the child in accordance with the IEP. |
| **Action(s) Required** | 1) Develop a procedure that clearly demonstrates that the accommodations and modifications in a student's IEP are understood and being provided by teacher(s) and provider(s).<br>**Documentation:** **Documentation Approved:**<br>Written Procedures: Accommodations and Modifications<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon approval of revised written procedures, provide training to all school-level administrators, general education teachers and other appropriate LEA-level and school-level staff on the procedures.<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |

| | |
|---|---|
| **Summary** | According to uploaded documentation and interview responses, there is a lack of evidence that the LEA has provided the required oversight to ensure the providers have followed procedures required under 34 CFR §300.323 as IEP services were not implemented as required for students. |
| **Action(s) Required** | 1) Provide the department with a spreadsheet containing the following information:<br>A. State ID numbers for students identified with an educational disability,<br>B. Required IEP services per IEP,<br>C. Required Provider for each service per IEP services page,<br>D. Current provider name,<br>E. Current provider's title,<br>F. Current provider's teaching license number for all services as they are being implemented currently.<br>G. Total Timeframe that services were not in compliance<br>H. Date of scheduled IEP meeting for any student that has not been provided services as required per IEP.<br>**Documentation:** **Documentation Approved:**<br>Spreadsheet of IEP Information<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Ensure IEP team meetings are scheduled for all students whose IEPs were not fully implemented as required. Provide copies of prior written notices (PII redacted, and state ID written on top) detailing all IEP team decisions regarding the need for compensatory services.<br>**Documentation:** **Documentation Approved:**<br>Prior Written Notice detailing IEP Team Decisions (redact PII and include State ID)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>3) Submit a spreadsheet which provides evidence that all required and identified compensatory hours were completed.<br>**Documentation:** **Documentation Approved:**<br>Spreadsheet with Student IDs and Dates/Times of Compensatory Services<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:**<br>4) Signed Assurance Statements that all required services were provided as listed on the spreadsheet.<br>**Documentation:** **Documentation Approved:**<br>Assurance Statement (signed by Director of Schools and Special Education Director)<br>No documentation has been uploaded.<br>**Deadline:** 3/28/2025<br>**On-Time:** |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on written responses, there is inadequate evidence the LEA has a written data review process to prevent or improve disparities in subgroups that have the potential to be significantly disproportionate consistent with 34 C.F.R. § 300.646. |
| **Action(s) Required** | 1) Develop a process used to identify students with disabilities in order to collect, disaggregate, and analyze data for gaps and to identify and remove barriers.<br>**Documentation:** / **Documentation Approved:**<br>Written Disproportionality Procedures<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br><br>2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA, Part B—Procedural Safeguards & Monitoring, Enforcement, Confidentiality, & Program Info |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on the interview responses focused on disciplinary procedures, there is inadequate evidence that the LEA is following the process to ensure the protections that must be afforded to all students with disabilities ages 3-21, related to discipline, including those related to in-school suspension, a change of placement, manifestation determination, and provision of services beginning with the 11th cumulative day of removal, or a series of removals which constitute a pattern, in a school year (34 CFR § 300.530-300.536 and TN SBE Rule 0520-01-09-.24) |
| **Action(s) Required** | 1) Develop written procedures for discipline of students with disabilities that aligns with 34 CFR §§ 300.530 - 300.536. Authority of school personnel concerning the suspension and expulsion of students with disabilities. The procedures must also include requirements for FBA and BIPs.<br>**Documentation:** / **Documentation Approved:** |

| | |
|---|---|
| | Updated Written Procedures: Discipline Ages 3-21<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>Agenda<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

**LEA: IDEA State-Level Requirements**

| **Corrections Needed** | |
|---|---|
| **Topic/Area** | Individuals with Disabilities Education Act (IDEA) > LEA: IDEA State-Level Requirements |
| **Point of Contact** | Tracey Jones |
| **Summary** | Based on uploaded documentation and interviews the LEA has a process to identify intellectually gifted students; however, the process does not follow current state guidance, per TN SBE Rule 0520-01-09-.05. |
| **Action(s) Required** | 1) Revise the Written Procedures for Gifted Screening.<br>**Documentation:** / **Documentation Approved:**<br>Written Procedure: Gifted Screening<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No<br>2) Upon state approval of written procedures in action step one, provide training to all special education teachers, school administrators, and other appropriate staff as determined by the LEA.<br>**Documentation:** / **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Agenda |

| | |
|---|---|
| | No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**LEA: Perkins V Cross-Cutting**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Cross-Cutting |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based upon the provided documentation and the conversations held with the LEA, there is no evidence that all required stakeholder groups have been involved in informing the development of the CLNA and CTE Local Application.<br><br>According to Perkins V §134(d), all required stakeholder groups as outlined in Perkins V must be consulted on the creation of the CLNA and local application. Required stakeholder groups include secondary and postsecondary educators, administrators and other support staff; state or local workforce development boards; business and industry representatives; parents and students; representatives of special populations; representatives of agencies serving out-of-school youth, homeless children and youth, and at-risk youth; representatives of Indian Tribes and Tribal organizations in the state (where applicable); and any other stakeholders required by the eligible agency. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Cross-Cutting |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based upon documentation provided and the conversations held with the LEA, the LEA does not currently have a plan in place to increase work-based learning opportunities for CTE concentrators.<br><br>According to Perkins V §124(b)(18), the State leadership activities described in subsection (a) may include support for establishing and expanding work-based learning opportunities that are aligned to career and technical education programs and programs of study. Additionally, according to Perkins V §134(b)(6) an LEA must provide a description of the work-based learning opportunities that the eligible recipient will |

| | |
|---|---|
| | provide to students participating in career and technical education programs and how the recipient will work with representatives from employers to develop or expand work-based learning opportunities for career and technical education students. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

**LEA: Perkins V Effective Educators**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Effective Educators |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the information provided and conversations held, the LEA did not meet the requirements for professional development as defined in Perkins V §3(40) and as described in Perkins V §135(b)(2). According to Perkins V §135(b)(2), funds made available to eligible recipients under this part shall be used to support career and technical education programs that are of sufficient size, scope, and quality to be effective and that provide professional development for teachers, faculty, school leaders, administrators, specialized instructional support personnel, career guidance and academic counselors, or paraprofessionals. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Effective Educators |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the evidence reviewed and conversation held, the LEA did not provide PD evaluations completed by CTE educators after attending/receiving PD or training or a strong description of the process. The LEA lacks a detailed and ongoing evaluation process for PD |

| | |
|---|---|
| | offered using Perkins funding in order to ascertain effectiveness and viability towards POS improvement. According to Perkins §135(b), an LEA must regularly evaluate professional development in order to justify and ensure the PD meets the PD requirements as defined in Perkins V, and in order to ensure those opportunities are necessary and allocable. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

**LEA: Perkins V Students with Disabilities (SWDs)**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | The LEA did not provide evidence training was provided to CTE teachers regarding serving students with disabilities or the legal requirements of IEPs. According to Perkins V §135(b)(2)(G), LEAs are required to use Perkins funds for the training of teachers, faculty, school leaders, administrators, specialized instructional support personnel, career guidance and academic counselors, or paraprofessionals, as appropriate, to provide appropriate accommodations for individuals with disabilities, and students with disabilities who are provided accommodations under the Rehabilitation Act of 1973 (29 U.S.C. 701 et seq.) or the Individuals with Disabilities Education Act. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | Based on the evidence reviewed, and the conversations held, the LEA did not provide evidence of and could not describe the academic counseling and career guidance for students, including students with disabilities, who are participants or concentrators in CTE programs of |

| | |
|---|---|
| | study. According to Perkins V §114(e)(7)(A), Perkins V §122(d)(9)(D), Perkins V §124(b)(5)(B), Perkins V §114(e)(7)(G)(I), and Perkins §134(b)(5)(C) and (D), the LEA must provide a plan for how it will provide equal and equitable access for students to CTE courses, programs, and programs of study. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to Perkins §134(c)(2)(E)(i), (ii), and (iii), the LEA CLNA is required to include a description of progress toward implementation of equal access to high-quality career and technical education courses and programs of study for all students, including strategies to overcome barriers that result in lower rates of access to, or performance gaps in, the courses and programs for special populations; providing programs that are designed to enable special populations to meet the local levels of performance; and (iii) providing activities to prepare special populations for high-skill, high-wage, or in-demand industry sectors or occupations in competitive, integrated settings that will lead to self-sufficiency. The LEA did not provide evidence or describe how this was taking place. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to the evidence provided, the LEA was unable to provide evidence or describe the process in which CTE students with disabilities are identified and how the data is analyzed for gaps and barriers. According to Perkins V §113(b)(4)(B)(ii), LEAs must identify students in special populations and disaggregate data for the subgroups of students described in ESEA §1111(h)(1)(C)(ii) and Perkins V §3(48). LEAs must also identify and quantify any disparities or gaps in performance as described in Perkins V §113(3)(C)(ii)(II) (including special populations as defined by Perkins V) and the performance of all CTE concentrators served by the LEA. |

| | |
|---|---|
| **Action(s) Required** | 1) Identify all students served by the LEA and whether any student meets the requirements of being in a 'special populations' subgroup as defined in Perkins V §3(48).<br>**Documentation:** **Documentation Approved:**<br>Proof School Information System Has Capability of Capturing Special Populations Codes<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No<br><br>2) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future.<br>**Confirmation Item:** **Confirmed:**<br>DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future.<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students with Disabilities (SWDs) |
| **Summary** | Should the LEA reimplement Perkins V programming, it is recommended the LEA allocate funds and resources for student participation in career and technical student organizations to aid in the development of leadership skills, to increase awareness of careers, and to develop skill sets within the students' chosen programs of study, especially for students in special populations (there are often virtual options for participation). |

**LEA: Perkins V Students in Special Populations (Non-SWD Subgroups)**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > LEA: Perkins V Students in Special Populations (Non-SWD Subgroups) |
| **Point of Contact** | LaTrese Watson |
| **Summary** | According to the evidence provided, the LEA was unable to provide evidence or describe the process in which students in special populations are identified, and how the data is analyzed for gaps and barriers. According to Perkins V §113(b)(4)(B)(ii), LEAs must identify students in special populations and disaggregate data for the subgroups of students described in ESEA §1111(h)(1)(C)(ii) and Perkins V §3(48). LEAs must also identify and quantify any disparities or gaps in performance as described in Perkins V §113(3)(C)(ii)(II) (including special populations as defined by Perkins V) and the performance of all CTE concentrators served by the LEA. |
| **Action(s) Required** | 1) Due to the LEA not participating in Perkins V (CTE) programming or programs of study (POS) during the 2024-25 school year, this item is not correctable at the school/LEA level. The LEA must confirm the understanding that all Perkins V requirements must be adhered to and carried out according to the law by the LEA should DCS accept Perkins V funding or if any DCS-managed location utilizes Perkins V funds in the future. |

| | |
|---|---|
| | **Confirmation Item:** DCS confirms that the LEA will adhere to and carry out all Perkins V required elements should DCS accept/utilize Perkins V funds in the future. — **Confirmed:** ☐<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

**Size, Scope, and Quality Indicators**

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Strengthening Career and Technical Education for the 21st Century Act (Perkins V) > Size, Scope, and Quality Indicators |
| **Summary** | Refer to the FY25 Size, Scope, and Quality Indicator (SSQI) monitoring instrument to review the monitoring result(s) for this topic/area. |

**LEA: ESSA Title I, Part D, Subpart 1 — State Agencies**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414(c)(9) states, the LEA must coordinate with other LEAs to facilitate the transition of children between the correctional facility and the LEA or alternative education program; and ESEA 1414(c)(13) states the LEA must assist in locating alternative programs for students to continue their education. During the monitoring process, no evidence was presented to confirm that these requirements have been met despite 15% of the Title I D budget set aside for transitional services. |
| **Action(s) Required** | 1) Develop written procedures ensuring transition services for all students exiting the correctional facility.<br>**Documentation:** Procedures — **Documentation Approved:**<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) Upon approval of procedures, provide evidence of transition services.<br>**Documentation:** Evidence of Transition Services — **Documentation Approved:**<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |

| | |
|---|---|
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1118(b)(1) requires that Title I funds be used only to supplement the funds that would, in the absence of Title I funds, be made available from state and local sources for the education of students participating in a Title I program. During the onsite visit, the principal demonstrated a fundamental lack of understanding of rules and regulations regarding federal funding. |
| **Action(s) Required** | 1) Under the supervision of the Tennessee Department of Education, the regional contractor's administration, facility administration, and education administration at the facility must meet with the LEA to remediate the contractor's understanding through training of the supplement, not supplant provision as outlined in ESEA §1118(b).<br>**Documentation:** **Documentation Approved:**<br>Training Materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414(c)(1) requires that an LEA must administer a needs assessment at the time of completing the consolidated funding application (CFA) to identify the academic needs of the students receiving services, and then the LEA must use the needs assessment to drive the Title I, Part D, Subpart 1 funding. During the onsite interviews, the school staff reported they were unaware of the process to complete the needs assessment and did not understand the alignment of the needs assessment to the CFA. The lack of understanding of the facilitation of the programming has caused a lack of continuity in programming across the LEA and schools. |
| **Action(s) Required** | 1) THE LEA Title I Part D coordinator must immediately train the appropriate school staff on all policies/procedures pertaining to the facilitation of the Title I Part D program and reporting requirements.<br>**Documentation:** **Documentation Approved:**<br>Training materials<br>No documentation has been uploaded.<br>Proof of Attendance (including name, position and building)<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |

| | |
|---|---|
| **Summary** | Barbara Ward Cooper Education Center does not have a comprehensive process to collect 90-day post-discharge outcomes for the Consolidated State Performance Report (CSPR) data, as required by ESSA §1431(a). All facilities receiving Title I, D and Title I, Part A-Neglected funds must attempt to collect 90-day post-discharge outcomes as part of the CSPR process. |
| **Action(s) Required** | 1) The facility must develop a written procedure for collecting 90-day post-discharge CSPR outcomes for students<br>**Documentation:** **Documentation Approved:**<br>Process/Procedure for Collecting 90-Day Post-Discharge CSPR Outcomes<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) Upon state approval of procedures, the facility must upload evidence of the facilitation of the procedure.<br>**Documentation:** **Documentation Approved:**<br>Evidence<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | According to ESSA §8303, an LEA must annually collect and submit program participation data to the State as a recipient of Title I, Part D funds, including data that are required through EDFacts and the Consolidated State Performance report. During the on-site visit, Barbara Ward Cooper Education Center was unable to identify a process for collecting the appropriate data. |
| **Action(s) Required** | 1) Develop a written procedure for collecting all applicable data for students.<br>**Documentation:** **Documentation Approved:**<br>Procedure for Collecting Student Data<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br>2) Upon approval of the procedures, provide evidence of the collected data.<br>**Documentation:** **Documentation Approved:**<br>Evidence of the Collected Data<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414 enumerates 19 required elements of state agency applications, including a description of the program, including a budget, with annual updates provided to the state educational agency. Additionally, 34 C.F.R. §76.708 requires approval of the application prior to obligation of funds. The Department of Children's Services entered into a contract with Wayne Academy approving contracted personnel for Wayne Academy Davidson (Standing Tall) and Wayne Academy Mountain View without approval from the Tennessee Department of Education. |
| **Action(s) Required** | 1) The Agency must revise the Consolidated Funding Application to reflect the agreement with Wayne Academy.<br>**Documentation:** **Documentation Approved:**<br>Screenshot of the CFA Approval<br>No documentation has been uploaded.<br>**Deadline:** 11/08/2024<br>**On-Time:** No |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1431 requires the collection of achievement data and multiple, appropriate measures of student progress for all programs designed for neglected and delinquent children and youth. Programs must be designed with the expectation that all students will have the opportunity to meet the same challenging state academic content that all children in the state are expected to meet. Barbara Ward Cooper Education Center does not have a comprehensive assessment tool that measures the academic achievement of all students. |
| **Action(s) Required** | 1) The LEA must acquire a comprehensive assessment program to measure academic achievement and monitor the academic progress of all students.<br>**Documentation:** **Documentation Approved:**<br>Evidence of Purchase/Acquisition<br>No documentation has been uploaded.<br>Evidence of Use of Assessment Program<br>No documentation has been uploaded.<br>**Deadline:** 1/10/2025<br>**On-Time:** No |

**Findings of Non-compliance**

| | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESSA §1414 (c)(1) states the LEA must assess the educational needs of the children served and provide for such assessment upon entry in the facility; Also, ESSA §1431(d) states that the state agency shall use results of evaluations to plan and improve subsequent programs for |

| | |
|---|---|
| | participating children and youth. During the monitoring, no evidence was provided of the LEAs use of performance measures to assess the impact on student achievement. Therefore, there is no process to evaluate the effectiveness of the funding. |
| **Action(s) Required** | 1) The LEA must immediately choose/purchase a program to administer the appropriate assessments.<br>**Documentation:** **Documentation Approved:**<br>Evidence of Assessment Program Chosen/Purchased<br>No documentation has been uploaded.<br>**Deadline:** 12/06/2024<br>**On-Time:** No<br><br>2) The principal must schedule monthly data meetings to review the assessments to plan and improve subsequent programming.<br>**Documentation:** **Documentation Approved:**<br>Data meeting notes with attendance signatures for December<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for January<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for February<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for March<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for April<br>No documentation has been uploaded.<br>Data meeting notes with attendance signatures for May<br>No documentation has been uploaded.<br>**Deadline:** 5/30/2025<br>**On-Time:** |

| **Findings of Non-compliance** | |
|---|---|
| **Topic/Area** | Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies |
| **Point of Contact** | Erin Christian |
| **Summary** | ESEA §1414(c)(10) states that the LEA assures appropriate professional development is provided to teachers and other staff. During the onsite interviews, it was stated multiple times by staff that they do not have access to professional development due to travel authorization and reimbursement issues. |
| **Action(s) Required** | 1) DCS must develop a written plan to provide professional development to the DCS staff and LEA leadership.<br>**Documentation:** **Documentation Approved:**<br>Professional Development Plan<br>No documentation has been uploaded. |

| | |
|---|---|
| | **Deadline:** 1/10/2025<br>**On-Time:** No |
| | 2) Upon approval of the written plan, provide evidence of PD provided to teachers<br>**Documentation:** **Documentation Approved:**<br>Evidence of PD Provided<br>No documentation has been uploaded.<br>**Deadline:** 2/07/2025<br>**On-Time:** |

**LEA: General Fiscal**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: General Fiscal |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.303(a), the non-federal entity must establish and maintain effective internal control over the Federal award that provides reasonable assurance that they are managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. Though none were provided in the instrument, the Agency has state and agency policies that it follows but does not have a Uniform Guidance (UGG) document. Agency policies lack some of the detail needed to ensure staff and outside individuals know what policies and procedures are used to manage federal funds. |
| **Action(s) Required** | 1) Develop a Uniform Guidance (UGG) document that meets the requirements set forth in the Education Department General Administrative Regulations (EDGAR). Topics must include but are not limited to: financial management, cash management, procurement, inventory management, time and effort, and allowability of costs.<br>**Documentation:** **Documentation Approved:**<br>Uniform Guidance (UGG) document<br>No documentation has been uploaded.<br>**Deadline:** 1/31/2025<br>**On-Time:** |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: General Fiscal |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.302(b), each non-Federal entity must provide accurate, current, and complete disclosure of the financial results of each Federal award or program and a comparison of expenditures with budget amounts for each Federal award. The Agency did not provide a statement of expenditure for any Federal awards. This report is needed to verify accuracy of individual grant budgets and expenditures in the Agency's accounting system. Therefore, a determination of compliance could not be made. |
| **Action(s) Required** | 1) The Agency must provide a current statement of expenditures with budget amounts for each Federal award. |

| | |
|---|---|
| | **Documentation:** **Documentation Approved:**<br>Title I, Part D Statement of Expenditures<br>No documentation has been uploaded.<br>Title II Statement of Expenditures<br>No documentation has been uploaded.<br>IDEA, Part B Statement of Expenditures<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

**LEA: Compensation**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Compensation |
| **Point of Contact** | Rob Mynhier |
| **Summary** | Per 2 CFR §200.302(b)(5), the Agency must maintain expenditures in accordance with approved budgeted accounts for each Federal award. The Agency did not provide a current payroll report that includes all personnel paid with Federal funds. Therefore, a determination as to compliance to approved budget lines could not be made. |
| **Action(s) Required** | 1) The Agency must provide a current payroll report detailing all personnel paid with Federal funds.<br>**Documentation:** **Documentation Approved:**<br>Current Payroll Report<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Compensation |
| **Point of Contact** | Rob Mynhier |
| **Summary** | The Agency provided time and effort documentation for employees paid with IDEA, Part B funds, but did not provide time and effort for employees paid with Title I, Part D funds. Time and effort documentation should be captured for employees who are paid in whole or part with federal funds in accordance with 2 CFR §200.302 and 2 CFR §200.430. |
| **Action(s) Required** | 1) Provide time and effort documentation for employees paid with Title I, Part D funds for the period of January 1, 2024 through June 30, 2024.<br>**Documentation:** **Documentation Approved:**<br>Time and effort documentation<br>No documentation has been uploaded. |

| | |
|---|---|
| | **Deadline:** 11/22/2024<br>**On-Time:** No |

**LEA: Travel**

| Improvements Recommended | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Travel |
| **Summary** | Based on evidence reviewed during the monitoring and onsite interview, there are no compliance concerns with Perkins-related travel. However, no evidence of travel was provided for other programs. It is recommended that the LEA ensure appropriate professional development is provided to teachers and other staff, per ESEA §1411(c)(10). Refer to the finding of non-compliance noted in the section above, Students Served by Neglected and/or Delinquent Programs > LEA: ESSA Title I, Part D, Subpart 1 — State Agencies. |

**LEA: Equipment**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Equipment |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.302(b)(4) and 2 CFR §200.313(d)(1), non-Federal entities must keep a documented inventory to maintain effective control over, and accountability for, all funds, property, and other assets. The inventory listing for all Federal awards was missing required information including blank spaces for location and did not include the FAIN for equipment purchased in the FY24 school year. When physical inventory was performed during on-site visits, only a fourth of the equipment selected was found. |
| **Action(s) Required** | 1) The Agency must complete a physical inventory for equipment funded with all Federal awards to account for all equipment on the inventory listing and provide evidence that the physical inventory was performed.<br>**Documentation:** / **Documentation Approved:**<br>Signed and Dated Proof of Physical Inventory<br>No documentation has been uploaded.<br>Updated Inventory List with All Required Information (including the FAIN)<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No<br><br>2) The Agency must complete an updated disposition list that addresses the reason equipment has been disposed.<br>**Documentation:** / **Documentation Approved:**<br>Signed and Dated Updated Disposition List<br>No documentation has been uploaded.<br>**Deadline:** 12/31/2024<br>**On-Time:** No |

LEA: Procurement and Contracts

| Findings of Non-compliance | |
| --- | --- |
| **Topic/Area** | Fiscal Oversight > LEA: Procurement and Contracts |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.319(a), all procurement transactions for the acquisition of property or services required under a Federal award must be conducted in a manner providing full and open competition. We were unable to verify whether the agency followed rules for open competition because documentation was not provided. |
| **Action(s) Required** | 1) The Agency must provide the requested documentation including supporting documentation for a micropurchase, a fully executed noncompetitive contract, a contract less that the Agency's bidding threshold, evidence of a fully executed formal procurement method/competitive contract, and evidence to support a purchase secured through a cooperative agreement.<br>**Documentation:** / **Documentation Approved:**<br>Supporting Documentation for a Micropurchase<br>No documentation has been uploaded.<br>Fully Executed Noncompetitive Contract (Sole Source)<br>No documentation has been uploaded.<br>Contract Less than the Agency's Bidding Threshold<br>No documentation has been uploaded.<br>Fully Executed Formal Procurement Method/Competitive Contract<br>No documentation has been uploaded.<br>Supporting Documentation for a Cooperative Agreement Purchase<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

LEA: ESSA Use of Funds

| Findings of Non-compliance | |
| --- | --- |
| **Topic/Area** | Fiscal Oversight > LEA: ESSA Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for three ESSA reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for three separate reimbursements, reconciling each reimbursement to the amount requested in ePlan from Title I, Part D. |

| | Documentation: | Documentation Approved: |
|---|---|---|
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | Supporting documentation for one Title I, Part D reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded. | |
| | **Deadline:** 11/22/2024<br>**On-Time:** No | |

**LEA: IDEA Use of Funds**

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: IDEA Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for two IDEA reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for two reimbursements, reconciling each reimbursement to the amount requested in ePlan from IDEA, Part B.<br>**Documentation:** / **Documentation Approved:**<br>Supporting documentation for one IDEA, Part B reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>Supporting documentation for one IDEA, Part B reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |

LEA: Perkins V Use of Funds

| Findings of Non-compliance | |
|---|---|
| **Topic/Area** | Fiscal Oversight > LEA: Perkins V Use of Funds |
| **Point of Contact** | Rob Mynhier |
| **Summary** | According to 2 CFR §200.305, costs must be adequately documented for reimbursements. The Agency did not provide detailed documentation for one Perkins V reimbursement requests. |
| **Action(s) Required** | 1) The Agency must provide supporting documentation for one reimbursement, reconciling each reimbursement to the amount requested in ePlan from Perkins V.<br>**Documentation:** / **Documentation Approved:**<br>Supporting documentation for 1 Perkins V reimbursement including requisitions, purchase orders, invoices, proof of payment, and detailed payroll information to match the reimbursement request. Each expenditure must be listed on the Reimbursement Request LEA Summary Template and reconciled to the total reimbursement request.<br>No documentation has been uploaded.<br>**Deadline:** 11/22/2024<br>**On-Time:** No |