# EXHIBIT 60

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Timothy Cooper" <Timothy.Cooper@tn.gov>
**Cc:** "Julie Rotella" <Julie.Rotella@tn.gov>, "Scott Indermuehle" <Scott.Indermuehle@tn.gov>
**Subject:** Bledsoe Academy
**Date:** Thu, 13 Oct 2022 12:14:15 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good morning,

As is my practice, I want to be sure to communicate any concerns our team notes when we conduct Title I N&D monitoring in DCS-affiliated schools. We visited Bledsoe Academy yesterday, in Sumner County, and noted the following issues that may impact your team:

- There is one teacher for 29 students. The students are divided into groups of 10 and rotate between three classrooms. The teacher conducts direct instruction 2 hours a day and facility staff members manage the other classrooms with what the teacher described as "crisis management." This falls far short of the required 6.5 hours of instructional time.
- Textbooks are nearly non-existent. There are scattered copies of one or two textbooks, but they are not accompanied by any supplemental materials that could be useful for the teacher. Our team would not deem the textbooks or instructional materials sufficient to "adequately cover all subjects in the school's instructional program."
- There is clearly no well-defined curriculum. The teacher relies on out-of-date texts, when available, and receives little support from YOI. It really seems as if there needs to be some sort of standardized curriculum. Edmentum is relied upon for direct instruction, but is actually a supplemental product.
- The teacher indicated that she has had significant communication issues with Deb Sauberer. Her emails have had no response.
- According to the last list I have, Bledsoe is a DCS-affiliated school. The teacher reported only 2 DCS students. Is that accurate? It seems there is a large Texas population. This poses a problem with the retrieval of special education information. The teacher has been unable to verify special education status and has very few records for out of state students. What is the process for retrieving those records, or must that be managed by YOI?

The two DCS students both had IEPs and both IEPs were in compliance.

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Manager
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov