# EXHIBIT 61

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Martina E. Stump" <Martina.E.Stump@tn.gov>, "Mary Lyell" <Mary.Lyell@tn.gov>
**Subject:** Parkridge
**Date:** Wed, 20 Nov 2024 15:16:59 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good morning!

We just returned from monitoring in Hamilton County. When we visited Parkridge, Mary Alice told us that the kids are in school only in the morning. At around 11:30 they have lunch and then go back to the units. They have the option to work on some academics, but there is no school. She said they have 3.5 hours of school a day. I imagine this may be a concern for you. Just wanted you to know.

Jackie

TN Department of Education

**Jackie Jacobson** | Non-Traditional Educational Programs Manager
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov