# EXHIBIT 62

**From:** Julie Rotella <Julie.Rotella@tn.gov>
**To:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Cc:** Timothy Cooper <Timothy.Cooper@tn.gov>, Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Subject:** Re: Roane Academy
**Date:** Thu, 16 Feb 2023 13:43:05 +0000
**Importance:** Normal

---

Thanks Jackie for this information even though it is quite disturbing. I think that is a good idea to do joint monitoring.

Tim - could you set up another meeting with YOI to include legal? We need to cover the information from Roane and Archon.

Jackie - would DOE team be willing to participate?

Thanks

Julie

Sent from my iPhone

On Feb 16, 2023, at 7:08 AM, Jackie Jacobson <Jackie.Jacobson@tn.gov> wrote:

Good Morning,

Yesterday, we ended our regularly-scheduled monitoring visits with a trip to Roane County. I know you will both be interested in our observations since you were with me on one of the visits last year. We still have significant concerns.

- Roane Academy currently has two general education teachers (they had three, but one continues to be a no-show), one very part-time special education teacher, 51 students – 30 of which have IEPs.
- The special education teacher, Freddie Johnson, is present 3 days a week, but the lead teacher (Allan Reed) stated he does not believe services are being provided as required in the IEPs. She was on campus yesterday, but was not available to students because she was doing paperwork.
- There was no instruction occurring at all. As you remember, the classrooms are located in the dorms. There are no desks, chairs are stacked up against the wall, two of the classrooms had broken tables in them and no teacher was present in any classroom. Mr. Reed said he was the only teacher available yesterday. From the look of the classrooms, I doubt there is little instruction on any day. I asked Mr. Reed to describe how instruction is provided and he said when students need to attend class, they get a chair and use a textbook as a lap desk.
- The younger students were clustered around a large table, fighting for time with what appeared to be 10 computers. Mr. Reed said they were playing computer games, but he felt confident the games were educational.

- One classroom housed many students and they were watching a video. Mr. Reed referred to this room as a multi-purpose room.

In all, the situation looked remarkably similar to what we saw last year. Deb Sauberer was present at the visit and stated she is overwhelmed and has been doing the best she can. She took pictures of the classrooms and sent them to Tyrene Green. She stated that when she was last on campus, one classroom had student desks, but she has no idea where they are now. She said she has seen teachers conducting lessons, but acknowledged that consistent instruction is clearly not the current practice..

With no primary instruction occurring, Roane County is very reluctant to continue providing Title I, Part A-Neglected funding. The funding must be supplemental and without primary instruction, nothing would be supplemental. Our team will have further conversations about this.

Honestly, I don't know what else to say. We didn't visit all YOI facilities this year, but I continue to see clear signs of what is either systemic educational neglect, or intentional disregard for education. It's alarming that they knew we were coming and made no attempt to hide conditions of the classrooms. Deb did say Kim Buckner had been out to monitor, and is expected again in March. Perhaps your team could accompany her. As always, our team is willing to collaborate in any way you need and I'm certainly happy to have further conversations about Roane Academy.

Best,

<image001.png>

**Jackie Jacobson** | Non-Traditional Educational Programs Manager
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov