# EXHIBIT 65

**From:** "Scott Indermuehle" <Scott.Indermuehle@tn.gov>
**To:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**Subject:** RE: Middle TN Detention Center
**Date:** Wed, 10 Nov 2021 17:37:17 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png

---

I have not heard from Erin on this issue. Have the two on you been discussing? If not, please suggest that Erin forward the email to me. Thanks

TN Department of Education
**Scott Indermuehle** | Senior Director of IDEA, NEP, and IEA Programs
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville, TN 37243
615-648-9048
Scott.Indermuehle@tn.gov

---

**From:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Sent:** Wednesday, November 10, 2021 11:18 AM
**To:** Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Subject:** RE: Middle TN Detention Center

I didn't receive them – I suspect any issues like this went to Dan. It's something we probably need to follow up on prior to the monitoring in February, but there is not a formal process for investigation. Given the seemingly increasing number of complaints, we need to add that to our list of processes/SOPs to hash out. This is the second story we've heard about MTJDC and the "overcrowding." Remember, the guards won't staff the classroom, so they only have one class going. Knowing that, the story rings true. It's unclear if this is a SWD, but it sort of sounds like it – either that or he's saying he can't get school because he doesn't have an IEP. The issue of "refusal" has also been a pattern at the JDC - the JDC staff wasn't allowing students to attend class. So, this could be more of the same. They should be documenting all refusals so if the student was refusing, there would (theoretically) be a record.

As with most things in secure settings, I always view the issue as urgent given the transient nature of the students. This is also a high-profile facility and the FCRB is a high-profile group. I would recommend starting with the JJ POC. He's new and I don't know if he has even really communicated with Erin. I suspect he has no idea how this facility runs – I've had conversations with the federal programs director and she has needed to step in with the program to assist.

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov

**From:** Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Sent:** Wednesday, November 10, 2021 10:54 AM
**To:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Subject:** RE: Middle TN Detention Center

Reads like there are two sides to the story. In the NEP past, how have these situations been investigated?

TN Department of Education
**Scott Indermuehle** | Senior Director of IDEA, NEP, and IEA Programs
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville, TN 37243
615-648-9048
Scott.Indermuehle@tn.gov

**From:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Sent:** Wednesday, November 10, 2021 10:45 AM**To:** Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Subject:** FW: Middle TN Detention Center

Yikes. FCRB is the Foster Care Review Board. They can make a whole lot of noise.

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov

**From:** Jay Stetzel <Jay.Stetzel@tn.gov>
**Sent:** Wednesday, November 10, 2021 10:43 AM
**To:** Vickie Jones <Vickie.Jones@tn.gov>; Edward Mireles <Edward.Mireles@tn.gov>
**Cc:** Jackie Jacobson <Jackie.Jacobson@tn.gov>; Erin Christian <Erin.Christian@tn.gov>; Mary Lyell <Mary.Lyell@tn.gov>
**Subject:** RE: Middle TN Detention Center

Education in the detention centers is handled by the LEA where the facility is located. I am making Jackie Jacobson and Erin Christian at DOE aware. They work with and monitor these facilities.

**From:** Vickie Jones <Vickie.Jones@tn.gov>
**Sent:** Wednesday, November 10, 2021 10:34 AM
**To:** Edward Mireles <Edward.Mireles@tn.gov>; Jay Stetzel <Jay.Stetzel@tn.gov>
**Subject:** Middle TN Detention Center

Hi Ed,

I just had FCRB for a DCS youth, [redacted] that has been between Williamson County and Middle TN Detention Center since August 4th....The dates and time periods in TFACTs does not match with what the youth has shared with the board of how long he has been at each of the facilities. He's currently has been at Middle TN Detention Center for longer than 2 months and said he has only attended school there twice. The staff at the detention center has stated to his FSW that [redacted] is refusing to attend school but the youth said he has been told that he couldn't because the school is overcrowded... He's an 11th grade student that may be a couple of credits shy of being on track for graduating with his peers but it has been told that he doesn't receive SPED services. I know in the past, we've had discussions and meetings with the local detention centers in our areas about education. Also, the board is asking that we follow-up about schooling while he is there.

Hi Jay,

I've added you on here just in case you had some additional information you may be able to share with us on how this will need to be handled...

Thanks,

TN Department of Children's Services

**Vickie Jones-Brown, M.Ed** | Education Consultant
Mid-Cumberland Region: Rutherford, Trousdale, Williamson and Wilson Counties
200 Athens Way, Suite A
Nashville, TN 37243
p. 615-532-6148 c. 615-626-6471 f. 615-253-5646
Vickie.Jones@ tn.gov
tn.gov/dcs | facebook | twitter | to report child abuse or neglect: 1-877-237-0004

This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this email, you are hereby notified that any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it is strictly prohibited. If you have received this email in error, please delete it and immediately notify the person named above by reply mail.