# EXHIBIT 66

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Martina E. Stump" <Martina.E.Stump@tn.gov>
**Cc:** "Timothy Cooper" <Timothy.Cooper@tn.gov>, "Erin Christian" <Erin.Christian@tn.gov>, "Scott Indermuehle" <Scott.Indermuehle@tn.gov>
**Subject:** Memphis Youth Academy
**Date:** Wed, 20 Sep 2023 12:45:23 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good Morning,

I just wanted to pass on information we received regarding Memphis Youth Academy:

- When the LEA representative arrived at the facility yesterday, she was denied entrance to the school for 30 minutes. Teachers were not in the building and she was told they would arrive "soon."
- Once the representative was admitted to the school, there was no education taking place. Students were still in their bedrooms and began trickling into the classrooms at approximately 9:40 am.

Additionally, I spoke with Deb Sauberer yesterday and she indicated that they were now required to take all state assessments online. In response to this requirement, she is attempting to purchase additional computers for the facilities with Title funds. This is not allowable. Title I funds may not be used to purchase equipment required for primary instruction or state-mandated assessments. I believe her intention is to talk with you about how to navigate this requirement.

Best,
Jackie

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Manager
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov