# EXHIBIT 72

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Timothy Cooper" <Timothy.Cooper@tn.gov>, "Diana Burton" <Diana.Burton@tn.gov>
**Cc:** "Scott Indermuehle" <Scott.Indermuehle@tn.gov>, "Erin Christian" <Erin.Christian@tn.gov>, "Deborah Thompson" <Deborah.Thompson@tn.gov>, "Nathan G. Parker" <Nathan.G.Parker@tn.gov>, "Julie Rotella" <Julie.Rotella@tn.gov>
**Subject:** Archon - Memphis Youth Academy
**Date:** Thu, 09 Feb 2023 13:04:22 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Good morning Dr. Cooper and Diana,

Our team visited Archon yesterday on our final day of monitoring Bartlett City Schools. While our team monitors for federal funding compliance, we wanted to bring a special education issue to your attention since the facility was included in the focus monitoring last year. The YOI facilities had multiple findings in the area of special education, and the provision of services in particular. Currently at Archon, the IEP case manager in EasyIEP is listed as Janisha Artis for all students. During our visit, the principal of the school told us that Ms. Artis has not been at the school since prior to Christmas and had been promoted to the assistant education director. He explained that, currently, the facility has two teachers. One of the teachers is a special education teacher, but teaches math and science all day. The principal stated that they did have an additional special education teacher, but he had been moved to a facility in Nashville. Deb Sauberer joined us 15 minutes into the meeting and when we asked her about the IEP case manager, she stated that Ms. Artis was on campus every day. Our team asked to speak with Ms. Artis and Ms. Sauberer acknowledged that she was not on campus and had not been for several months. Ms. Sauberer stated that they were "working on" moving the IEPs to a different case manager.

YOI has implemented a standardized master schedule for all facilities. This new schedule is not accurate for and not possible to maintain at Archon. Within the schedule, students are scheduled for an hour of RTI. Ms. Sauberer stated that this meets the requirement for all students with an IEP. We had a lengthy discussion about what RTI is and how special education services must be provided and we also discussed methods of service delivery. We had further discussion about comparable services and meeting the needs of individual students. She was surprised that there were four stop signs in EasyIEP and had a difficult time understanding that IEPs cannot be written to accommodate the master schedule or the needs of the facility but, rather, must be written to address the individual needs of the student. At this time, since the special education teacher is responsible for math and science, another special education teacher has been transferred to Nashville (Rosewood/Magnolia), and the listed case manager has been promoted to an administrative position, there are no special education services being provided at Archon.

If you would like to have a further discussion about our visit, please feel free to reach out at any time.

Best,

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Manager
Foster Care Point of Contact

Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov