# EXHIBIT 73

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Jay Stetzel" <Jay.Stetzel@tn.gov>
**Cc:** "Timothy Cooper" <Timothy.Cooper@tn.gov>, "Scott Indermuehle" <Scott.Indermuehle@tn.gov>
**Subject:** Oak Plains Concerns
**Date:** Wed, 12 Jan 2022 18:51:05 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

Hi Jay,

The NEP team monitored Montgomery County and Oak Plains this morning. In the course of the discussion, we noted several concerns that I wanted to bring to your attention:

- They uploaded teacher licenses, but only three seem to be active. One was revoked and one was expired. The other documentation they provided were unsigned applications. When the LEA checked TNCompass, they did not see any documentation for at least three of the teachers. Larry Nolen indicated that he and Mr. Nabors were "mentoring" these individuals and serving as the teachers of record.
- The LEA reported the facility seems to be having difficulty with supervision and control of the students. They noted multiple instances of missing and broken inventory and a set of 50 new laptops locked in a cabinet that have never been used. The facility has been reluctant to allow the LEA entry.
- The facility acknowledged they were out of compliance with many IEPs. The number was pretty significant. They estimated they had 57 special education students with more than half out of compliance.
- The LEA provided a newspaper article to us that indicated a staff member was arrested for assault following the improper restraint of a 10 year old. This arrest occurred on December 8th, I believe.

I just wanted you to be aware of the issues that were communicated to us since I know you are involved with the middle Tennessee facilities.

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov