# EXHIBIT 74

**From:** "Jackie Jacobson" <Jackie.Jacobson@tn.gov>
**To:** "Cyndi Chester" <Cyndi.Chester@tn.gov>
**Cc:** "Scott Indermuehle" <Scott.Indermuehle@tn.gov>, "Erin Christian" <Erin.Christian@tn.gov>, "Timothy Cooper" <Timothy.Cooper@tn.gov>
**Subject:** RE: Concerns About Center for Success and Independence
**Date:** Thu, 30 Sep 2021 11:58:42 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png

---

Good morning, Cyndi.

Thank you for forwarding the concerns. Our team would welcome the opportunity to meet with DCS. Since our team is responsible for monitoring, it would be helpful to meet with your monitoring team (is that Mark Anderson or Neil Bortz?). If that can be arranged, please let us know.

Thanks, again.

TN Department of Education

**Jackie Jacobson, M.Ed., LCSW** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov

---

**From:** Cyndi Chester <Cyndi.Chester@tn.gov>
**Sent:** Wednesday, September 29, 2021 4:25 PM
**To:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Cc:** Scott Indermuehle <Scott.Indermuehle@tn.gov>; Erin Christian <Erin.Christian@tn.gov>; Timothy Cooper <Timothy.Cooper@tn.gov>
**Subject:** RE: Concerns About Center for Success and Independence

Hi Jackie,

Thank you for sharing this information regarding the issues at Archon and have cc'd our Executive Director, Dr. Timothy Cooper.

Please let me know if you would like for me to set up a meeting to discuss your teams' concerns.

Best regards,

TN Department of Children's Services

Cyndi Chester MS, MA Ed| Education Consultant III
UBS Building, 10th Floor
315 Deaderick Street
Nashville, TN 37243
p. 615-360-4340
c. 615-613-2054

---

**From:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Sent:** Wednesday, September 29, 2021 2:12 PM
**To:** Cyndi Chester <Cyndi.Chester@tn.gov>
**Cc:** Scott Indermuehle <Scott.Indermuehle@tn.gov>; Erin Christian <Erin.Christian@tn.gov>
**Subject:** Concerns About Center for Success and Independence

Good afternoon, Cyndi.

The Non-Traditional Educational Programs (NEP) team has been made aware of multiple concerns regarding the Center for Success and Independence, formally known as Archon. This facility receives Title I, Part D Subpart 2 funds through Bartlett City Schools, and their Neglected and Delinquent (N&D) coordinator has relayed the following concerns:

- She states that there is currently no special education teacher and one general education teacher is providing instruction to 45 students. This teacher is also serving as the principal. It is our understanding that Youth Opportunity Investments (YOI) is responsible for hiring a teacher.
- She states there is missing inventory purchased with Title I, Part D Subpart 2 funds, and a police report has been filed.
- She states that when she has attempted to gain entry into the facility three separate times this month in order to examine inventory, they have denied her entry. On one occasion, the assistant to the N&D coordinator was admitted through a side door, but promptly escorted out of the building.
- She reports that "Quarantined" signs have been posted on the outside of the building, although when I checked the DCS COVID report this morning, the facility was not on the list of facilities with COVID cases.
- The Bartlett N&D coordinator visited the facility again today, and the signs were removed, but when her assistant spoke with the teacher/principal, he indicated they had 33 COVID positive students.
- One issue that raises significant concern is the report by the Bartlett N&D coordinator of deadbolt locks on the doors to the dorms. She reports that deadbolts have been installed at the entries and exits to the dorms.

The issues listed above intersect with teams from both the Tennessee Department of Education and the Department of Children's Services. I am bringing them to your attention with the hope that you will forward these concerns to the proper administrators, in particular any monitors who may work with the licensure team. Our team is currently working on a plan to verify the reports and would welcome any input from your team.

Thank you for all you do.

TN Department of Education
**Jackie Jacobson, M.Ed., LCSW** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight
Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549

Jackie.Jacobson@tn.gov