# EXHIBIT 75

**From:** Jay Stetzel <Jay.Stetzel@tn.gov>
**To:** Jackie Jacobson <Jackie.Jacobson@tn.gov>, "Jeff Quirk (jquirk@omnivisions.com)" <jquirk@omnivisions.com>, "Glenn Cook (glenn.cook@youthopportunity.com)" <glenn.cook@youthopportunity.com>, Jennifer Woods <Jennifer.Woods@tn.gov>, Timothy Cooper <Timothy.Cooper@tn.gov>, "tyrene.green@youthopportunity.com" <tyrene.green@youthopportunity.com>
**Cc:** Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Subject:** RE: Magnolia
**Date:** Fri, 03 Dec 2021 18:08:49 +0000
**Importance:** Normal
**Inline-Images:** image001.png

---

We appreciate the information, Jackie.  I am copy some of the folks who work with DCS and with Youth Opportunities.

---

**From:** Jackie Jacobson <Jackie.Jacobson@tn.gov>
**Sent:** Friday, December 3, 2021 11:44 AM
**To:** Jay Stetzel <Jay.Stetzel@tn.gov>
**Cc:** Scott Indermuehle <Scott.Indermuehle@tn.gov>
**Subject:** Magnolia

Hi Jay,

Our team conducted in-person monitoring in MNPS this week and while we were there, we visited Magnolia. While we did not conduct a formal monitoring, we had a few concerns that I want to bring to your attention:

- They are still searching for at least two teachers. They had a census of 48 students when we were there and two teachers. The lead teacher stated she typically has 24 students in her classroom.
- There were no computers for student use. The lead teacher stated she uses her laptop or an old desktop to administer Edmentum assessments or HiSet tests, but there are no assigned computers for student use. I understand that Edmentum is available for the teachers, but is not the required mechanism for instructional delivery. It just seems that with the teacher shortage it's not possible for two teachers to create lesson plans for 48 students in 5 different subjects and deliver direct instruction. I would hope that the facility could provide the computers necessary to relieve this burden on the educators since they are unable to fill the open positions.
- There was a shortage of textbooks. The lead teacher stated she did not have enough textbooks for all students. Since direct instruction is the only option at Magnolia, I hope that someone can reach out to Ms. Massey to determine and meet her instructional needs.

Thanks for your help!

TN Department of Education
**Jackie Jacobson** | Non-Traditional Educational Programs Coordinator
Foster Care Point of Contact
Division of Federal Programs and Oversight

Andrew Johnson Tower, 12th Floor
710 James Robertson Parkway, Nashville,TN 37243
(615) 390-4549
Jackie.Jacobson@tn.gov