**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | | |
|---|---|---|
| JOHN DOE 1 et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  3:24-cv-00777 |
| | ) | |
| | ) | District Court Judge Crenshaw |
| STATE OF TENNESSEE, et al., | ) | Magistrate Judge Holmes |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

**JOINT MOTION FOR ENTRY OF YOUTH SAMPLING PROTOCOL**

---

Plaintiffs John Doe 1, John Doe 2, Jane Doe 1, and John Doe 3, individually and on behalf of a proposed class, and Disability Rights Tennessee, via its associational standing on behalf of a proposed class, together with Defendants the State of Tennessee, the Tennessee Department of Children's Services ("DCS"), DCS Commissioner Margie Quin, and Tennessee Department of Education Commissioner Lizzette Gonzalez Reynolds respectively move the Court to enter the *Stipulation and Agreed Protocol Regarding Youth Sampling*, attached hereto as Exhibit A. An appendix of illustrative examples used to negotiate the *Stipulation and Agreed Protocol Regarding Youth Sampling* is attached hereto as Exhibit B.

Dated: July 1, 2026

1

Respectfully submitted,

/s/ Jonathan P. Lakey
Jonathan P. Lakey, BPR #016788
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
Reagan T. Fondren, BPR #024743
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com
rfondren@bpjlaw.com

Jay C. Ballard, BPR #017242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

*Counsel for State of Tennessee, Tennessee
Department of Children's Services, and
Margie Quin*


/s/ Dawn Jordan
Dawn Jordan, BPR #020383
Donna L. Green, BPR #019513
Meghan Murphy, BPR #034061
Hannah Scruggs, BPR #42469
Elizabeth Kirkpatrick
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
dawn.jordan@ag.tn.gov
donna.green@ag.tn.gov
meghan.murphy@ag.tn.gov
hannah.scruggs@ag.tn.gov
elizabeth.kirkpatrick@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

/s/ David McNamee
David McNamee (TN BPR #038124)
Kasi Wautlet (TN BPR #038688)
Jonathan Tepe (TN BPR #037266)
**SANFORD HEISLER SHARP
McKNIGHT, LLP**
611 Commerce Street, Suite 3100
Nashville, TN 37203
Phone: (615) 434-7000
dmcnamee@sanfordheisler.com
kwautlet@sanfordheisler.com
jtepe@sanfordheisler.com

David Tracey*
**SANFORD HEISLER SHARP
McKNIGHT, LLP**
17 State Street, 37th Floor
New York, NY 10004
Phone: (646) 512-8609
dtracey@sanfordheisler.com

Shannon Henris*
**SANFORD HEISLER SHARP
McKNIGHT, LLP**
700 Pennsylvania Avenue SE, Suite 300
Washington, DC 20003
Phone: (202) 221-4003
shenris@sanfordheisler.com

Jack Derryberry, Jr. (TN BPR #003870)
**DISABILITY RIGHTS TENNESSEE**
2 International Plaza, Suite 825
Nashville, TN 37217
Phone: (615) 298-1080
jackd@disabilityrightstn.org

Bruce H. Little (TN BPR #037289)
9050 Executive Park Drive, Suite B-101
**DISABILITY RIGHTS TENNESSEE**
Knoxville, TN 37923
Phone: (865) 670-2944
brucel@disabilityrightstn.org

Jasmine Miller (TN BPR #039598)
Stuart Seaborn*

Diane Smith Howard*
Christopher Middleton*
**YOUTH LAW CENTER**
832 Folsom Street, Suite 700
San Francisco, CA 94107
Phone: (415) 413-0174
jmiller@ylc.org
sseaborn@ylc.org
dsmith@ylc.org
cmiddleton@ylc.org

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 1st day of July, 2026, a true and exact copy of the foregoing

has been forwarded via the District Court's electronic filing system to:

Jay C. Ballard, BPR #17242
Senior Deputy Attorney General
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
Jay.Ballard@ag.tn.gov

Jonathan P. Lakey, BPR #016788
Sarah E. Stuart, BPR #035329
Cherylann M. Pasha, BPR #041945
Reagan Fondren, BPR #024743
**Burch Porter & Johnson, PLLC**
130 North Court Avenue
Memphis, TN 38103
jlakey@bpjlaw.com
sstuart@bpjlaw.com
cpasha@bpjlaw.com
rfondren@bpjawl.com

*Counsel for State of Tennessee, Tennessee
Department of Children's Services, and Margie
Quin*

Donna L. Green, BPR #019513
Meghan Murphy, BPR #34061
Elizabeth R. Kirkpatrick
Dawn Jordan, BPR #020383
Hannah Scruggs, BPR #42469
**Office of the Tennessee Attorney General**
P.O. Box 20207
Nashville, TN 37202
donna.green@ag.tn.gov
meghan.murphy@ag.tn.gov
elizabeth.kirkpatrick@ag.tn.gov
dawn.jordan@ag.tn.gov
hannah.scruggs@ag.tn.gov

*Counsel for Lizzette Gonzalez Reynolds*

*/s/ David McNamee*
David McNamee

4